UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
KMS TECH, INC.,

                         Plaintiff,

    -against-

G MISSION INC. et al.,

                        Defendants.
------------------------------------- x

ORDER

20 Civ. 1041 (GBD) (DCF)

GEORGE B. DANIELS, United States District Judge:

      The January 13, 2021 conference is canceled, in light of this Court's referral to Magistrate Judge Debra C. Freeman for General Pretrial Supervision.

Dated: New York, New York
       January 7, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge