IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

KMS TECH, INC., a New York Corporation,

                             *Plaintiff*,

-against-

G MISSION, INC., a New York Corporation
d/b/a Karaoke City; JAKE KWAK, an individual;
JOHN DOES 1-10 (being fictitious name); and
ABC CORPS 1-10,

                             *Defendants*.

---------------------------------------------------------------X

Civil Case No.: 1:20-cv-01041

Hon. Judge George B. Daniels
Hon. Magistrate Judge Debra C. Freeman

## CONSENT TO CHANGE ATTORNEYS

The undersigned hereby consent to the substitution of PARDALIS & NOHAVICKA LLP, as attorneys of record for Plaintiff in the above-entitled action.

Facsimile and PDF signatures shall be deemed original herein.

Dated: New York, New York
         August 23, 2021

**DESH LAW, LLC**

By: /s/ Amit Deshmukh
    Amit Deshmukh, Esq.
    29 Columbia Turnpike, Suite 302
    Florham Park, New Jersey 07932
    T: 973-845-9912
    E: amitdeshmukh@desh-law.com
    *Outgoing Counsel*

**PARDALIS & NOHAVICKA, LLP**

By: /s/ Eleni Melekou
    Eleni Melekou, Esq.
    950 Third Ave, 27th Floor
    New York, New York 10022
    T: 212-213-8511
    E: Eleni@pnlawyer.com
    *Incoming Counsel*

**KMS Tech, Inc.**

By: [signature]
YUNSUB AN