UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

KMS Tech, Inc.,

                       Plaintiff,

    -against-

G MISSION INC, JAKE KWAK, JOHN DOES 1-10, and ABC CORPS 1-10

                       Defendants.

------------------------------------ x

ORDER

20 Civ. 1041 (GBD)

GEORGE B. DANIELS, District Judge:

    The Court will hear oral argument on Defendant's Motion to Dismiss the Complaint, (ECF No. 29), on May 25, 2022 at 10:30 a.m.

Dated: April 4, 2022
       New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE