UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
KMS TECH, Inc.,

                Plaintiff,

    -against-

G MISSION INC., JAKE KWAK, JOHN DOES 1-
10, and ABC CORPS 1-10,

                Defendants.
------------------------------------x

Amended ORDER

20 Civ. 1041 (GBD)

GEORGE B. DANIELS, United States District Judge:

This Court will hear oral argument on Plaintiff's Motion to Dismiss Defendants' Counterclaims, (ECF No. 29), on May 25, 2022 at 10:30 AM.

Dated: April 6, 2022
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge