UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
                                     :
KMS Tech, Inc.,                      :
                                     :
                    Plaintiff,       :
     -against-                       :
                                     :           ORDER
G MISSION INC, JAKE KWAK, JOHN DOES 1-:
10, and ABC CORPS 1-10               :           20 Civ. 1041 (GBD)
                                     :
                    Defendants.      :
                                     :
                                     :
------------------------------------ X

GEORGE B. DANIELS, District Judge:

    For the reasons stated on the record during the oral argument held on May 25, 2022, Plaintiff's Motion to Dismiss Defendants' Counterclaims, (ECF No. 29), is GRANTED with respect to Defendants' Second and Third Counterclaims for fraud and declaratory judgment and DENIED with respect to Defendants' First Counterclaim for breach of contract.

    The Clerk of Court is directed to close the motion at ECF No. 29 accordingly.


Dated: May 25, 2022
      New York, New York

                                                   SO ORDERED.

                                                   GEORGE B. DANIELS
                                                   UNITED STATES DISTRICT JUDGE