UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                      :
KMS Tech, Inc.,                       :
                                      :
                        Plaintiff,    :
        -against-                     :
                                      :         ORDER
G MISSION INC, JAKE KWAK, JOHN DOES 1-:
10, and ABC CORPS 1-10                :         20 Civ. 1041 (GBD)
                                      :
                        Defendants.   :
                                      :
                                      :
------------------------------------- X

GEORGE B. DANIELS, District Judge:

    The status conference scheduled for July 27, 2022 is canceled.


Dated: July 25, 2022
       New York, New York

                                            SO ORDERED.

                                            *George B. Daniels* (signature)
                                            GEORGE B. DANIELS
                                            UNITED STATES DISTRICT JUDGE