

> Application Granted
>
> Valerie Figueredo, U.S.M.J.
> DATED: 9-13-2022
>
> A discovery conference is hereby scheduled for Tuesday, September 27, 2022 at 11:30 a.m. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time.  Please dial (888) 808-6929; access code [9781335].

**VIA ECF**

Hon. Valerie Figueredo
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      **RE:**    **KMS Tech Inc. v. G Mission Inc. et al., No. 20-cv-01041-GBD-DCF**

Your Honor:

      I write as counsel for Round Hill Carlin ("Round Hill"), a third party to this matter, regarding the upcoming discovery conference scheduled for Thursday, September 15, 2022.

      Unfortunately, we have had an unexpected situation arise and are no longer able to participate in the upcoming conference this Thursday.  We therefore request that the Court adjourn the conference to a date that is convenient for Your Honor.  This is the first such request for an adjournment of this conference date.

      We apologize for the last-minute notice and for any inconvenience that this may cause, and appreciate the Court's consideration of this matter.

                                        Sincerely,

                                        ***/s/ Joshua I. Schiller***

                                        Joshua I. Schiller

      cc:    Hon. George B. Daniels, *via ECF*

BOIES SCHILLER FLEXNER LLP

55 Hudson Yards, New York, NY 10001 | (t) 212.446.2300 | (f) 212.446.2350 | www.bsfllp.com