UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KMS TECH, INC.,

                       Plaintiff,                    20-CV-1041 (GBD) (VF)

        -against-                           **ORDER**

G MISSION INC., et al.

                      Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      For the reasons stated on the record at the conference held before the Court on August 7, 2023, Plaintiff's pending motion for reconsideration (ECF No. 117) and Defendants' cross-motion for sanctions and reconsideration (ECF No. 124) are resolved. The Clerk of Court is directed to terminate the motions at ECF Nos. 117 and 124.

      **SO ORDERED.**

DATED:    New York, New York
                August 7, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge