UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
KMS TECH, INC.,

                                  Plaintiff,                            20-CV-1041 (GBD) (VF)

            -against-                                  **ORDER**

G MISSION INC., et al.

                                 Defendants.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are directed to file a joint letter by no later than **Wednesday, November 1, 2023,** providing the Court an update on the status of the case. The letter should detail the progress of discovery in the prior month, the anticipated next steps in the upcoming month, and any disputes that have arisen.

      **SO ORDERED.**

DATED:    New York, New York
                October 3, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge