UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KMS TECH, INC.,

                        Plaintiff,                    **20-CV-01041 (GBD) (VF)**

      -against-                            **ORDER SCHEDULING**
                                                    **CONFERENCE**

G MISSION INC. et al.,

                       Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The conference initially scheduled for Wednesday, November 15, 2023, at 11:30 a.m. is hereby rescheduled to **Monday, November 27, 2023, at 10:30 a.m**. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time.  **Please dial (888) 808-6929; access code 9781335.** The Clerk of Court is respectfully directed to terminate the motion at ECF No. 148.

        **SO ORDERED.**

DATED:    New York, New York
                November 7, 2023

                                                    _____
                                                    VALERIE FIGUEREDO
                                                    United States Magistrate Judge