UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KMS TECH, INC.,

                        Plaintiff,                    20-CV-01041 (GBD) (VF)

       -against-                       **ORDER SCHEDULING
                                                           CONFERENCE**

G MISSION INC. et al.,

                        Defendants.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A conference for the Court to issue an oral ruling on the pending motion for attorneys' fees at ECF No. 153 is hereby scheduled for **Wednesday, June 12, 2024, at 2:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code 9781335.**

      SO ORDERED.

DATED:     New York, New York
                May 20, 2024

                                                                _____
                                                                VALERIE FIGUEREDO
                                                                United States Magistrate Judge