UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KMS TECH, INC.,

                            Plaintiff,                      20-CV-1041 (GBD) (VF)

        -against-                              **ORDER**

G MISSION INC., et al.

                            Defendants.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      For the reasons stated on the record at the conference held on June 12, 2024, the Defendant is awarded $4,449.00 in attorney's fees from the Plaintiff.

      **SO ORDERED.**

DATED:     New York, New York
                June 12, 2024

                                                         _____
                                                          VALERIE FIGUEREDO
                                                          United States Magistrate Judge