UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
KMS TECH, INC.,

                              Plaintiff,                        **20-CV-01041 (GBD) (VF)**

            -against-                                      **ORDER**

G MISSION INC. et al.,

                              Defendants.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are directed to file a joint status update by **October 18, 2024**.

      **SO ORDERED.**

DATED:     New York, New York
                October 9, 2024

                                                      _____
                                                      VALERIE FIGUEREDO
                                                      United States Magistrate Judge