UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KMS TECH, INC.,

                        Plaintiff,           **20-CV-01041 (GBD) (VF)**

        -against-                  **ORDER SCHEDULING
                                                                          CONFERENCE**

G MISSION INC. et al.,

                        Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A conference to address the issues raised at ECF No. 174 is hereby rescheduled to **Tuesday, December 10, at 10:00 a.m**. Counsel for the parties are directed to call Judge Figueredo's Teams conference line at the scheduled time. **Please dial (646) 453-4442; access code [299 031 191#].**

        SO ORDERED.

DATED:    New York, New York
               October 21, 2024

                                                                         VALERIE FIGUEREDO
                                                                         United States Magistrate Judge