**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
KMS TECH, INC.,

                            Plaintiff,                    **20-CV-01041 (GBD) (VF)**

              -against-                      **ORDER SCHEDULING**
                                                          **CONFERENCE**

G MISSION INC. et al.,

                            Defendants.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      In light of Defendants' letters at ECF Nos. 179 and 180, the conference to address the issues raised at ECF No. 174 is hereby rescheduled to **Thursday, February 20, 2025, at 11:30 a.m**. Counsel for the parties are directed to call Judge Figueredo's Teams conference line at the scheduled time.  **Please dial (646) 453-4442; access code [718 167 308#].** Defense counsel is directed to file a motion to withdraw by **Friday, December 27, 2024**.

        **SO ORDERED.**

DATED:    New York, New York
                  December 3, 2024

                                                                               _____
                                                                               VALERIE FIGUEREDO
                                                                               United States Magistrate Judge