# **<u>EXHIBIT 1</u>**

**From:**    Maurice Ross
**To:**      Jake
**Cc:**      Barak Bacharach
**Subject:** Motion for Sanctions
**Date:**    Sunday, October 20, 2024 5:23:36 PM
**Attachments:** show_temp (7).pdf
              image472593.png

Jake.

Please review. We must respond to this by Wednesday.  I am available for a telephone conference after 2 pm tomorrow. This is a matter of urgency.

**Maurice Ross**
Partner
Barton LLP
711 Third Avenue, 14th Floor
New York, NY 10017
Tel: 212-687-3667 | Direct Dial: 212-885-8845 | Cell Phone: 973-896-7190
mross@bartonesq.com | www.bartonesq.com | bio | vcard



Sent from my iPhone