# **<u>EXHIBIT 2</u>**

**From:** Maurice Ross
**To:** Jake
**Cc:** Barak Bacharach
**Subject:** Case status
**Date:** Tuesday, November 26, 2024 10:16:31 AM
**Attachments:** image145546.png

Jake.

I have tried to communicate you repeatedly by either email or phone concerning the upcoming December 10 hearing. Further, you have not paid our firm's invoices for months despite my repeated requests by emails and otherwise. Unless our invoices are paid by November 29, and you begin to cooperate for the December 10 hearing concerning alleged wrongful failure to retain software copies, we will inform the court that we must withdraw as your counsel. This is unfortunate because your lack of cooperation may cause you to lose a case which we have a good chance of winning.

Regards,

Māurice Ross
Sent from my iPhone

**Maurice Ross**
Partner
Barton LLP
711 Third Avenue, 14th Floor
New York, NY 10017

Tel: 212-687-3667 | Direct Dial: 212-885-8845 | Cell Phone: 973-896-7190
mross@bartonesq.com | www.bartonesq.com | bio | vcard

