| | |
|---|---|
| KMS TECH, INC., a New York Corporation,<br><br>                              Plaintiff,<br><br>           -against-<br><br>G MISSION, INC., a New York Corporation d/b/a Karaoke City; JAKE KWAK, an individual; JOHN DOES 1-10 (being fictitious name); and ABC CORPS 1-10,<br><br>                              Defendants. | 1:20-cv-01041<br>(Daniels, G.) |

## **AFFIRMATION OF SERVICE**

I, Barak F. Bacharach, an attorney duly admitted to practice before the Courts of the State of New York and the Southern District of New York, hereby avers and affirms under penalty of perjury as follows:

1. I am associated with the law firm of Barton, LLP, counsel for Defendants G Mission, Inc., and Jake Kawk (collectively, "Defendants") in the above-captioned action (the "Action").

2. On December 23, 2024, I served Barton LLP's motion to withdraw as attorney in the above-referenced case, and its supporting documents, by electronic mail, and overnight mail by placing true copies thereof in a sealed envelope addressed to the following persons at the following addresses and depositing same into the custody of the Federal Express:

G Mission, Inc.
22 West 32nd Street 7th Floor
New York, NY 10001

Hee Joon (Jake) Kwak, DDS
66 Madison Ave, Apt. 4G
New York, NY 10016
jakewak@yahoo.com

3. I affirm this 23 day of December, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Dated: New York, NY
December 23, 2024

*/s/ Barak F. Bacharach*
Barak F. Bacharach