UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KMS TECH, INC.,

                  Plaintiff,                   **20-CV-01041 (GBD) (VF)**

      -against-                         **ORDER**

G MISSION INC. et al.,

                 Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On December 30, 2024, the Court granted the motion by Defendants' former counsel to withdraw and directed Defendants to retain new counsel and file a status update by February 1, 2025. See ECF No. 186. New counsel has not appeared on behalf of Defendants, and Defendants have not filed any updates with the Court concerning their search for new counsel. A telephone conference was scheduled for February 20, 2025 (see ECF No. 181), and Defendants failed to appear.

Defendants are hereby directed to retain new counsel by **Monday, March 17, 2025**. On or before that date, Defendants' new counsel should file a notice of appearance on the docket. Defendants are advised that a corporate entity such as G Mission, Inc. cannot appear pro se. Defendants are thus warned that the failure to retain counsel may result in the entry of default and a default judgment against G Mission Inc.

The Clerk of Court is directed to mail a copy of this order to the addresses identified by Defendants' former counsel at ECF No. 185 at ¶ 2.

      **SO ORDERED.**

DATED:    New York, New York
              February 20, 2025

                                                                          VALERIE FIGUEREDO
                                                                           United States Magistrate Judge