# EXHIBIT 1

**Registration #:** TXu002172793
**Service Request #:** 1-8235074313

## Mail Certificate

KMSTECH
yunsub AN
54E 13ST 2F
newyork, NY 10003 United States

**Priority:** Special Handling   **Application Date:** November 07, 2019

## Correspondent

**Registration Number**
**TXu 2-172-793**
**Effective Date of Registration:**
December 19, 2019
**Registration Decision Date:**
December 20, 2019

## Title

**Title of Work:** PLAYBOX and 2 Other Unpublished Works

**Content Title:** PLAYBOX

KMSPOS

SSMEDIA LITE MANAGER

## Completion/Publication

**Year of Completion:** 2015

## Author

- **Author:** yunsub AN
  **Author Created:** Unpublished computer programs
  **Citizen of:** Korea, South
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** yunsub AN
54E 13ST 2F, newyork, NY, 10003

## Certification

**Name:** yunsub AN, Author
**Date:** November 07, 2019

**Correspondence:** Yes

| | |
|---|---|
| **Copyright Office notes:** | Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization. |