# EXHIBIT 2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT COURT OF NEW YORK

--------------------------------------------------------x

KMS TECH, INC.,

               *Plaintiff,*                Civil No.: 1:20-cv-01041-GBD-DCF

        -against-                 **PLAINTIFF KMS TECH INC.'S**
                                             **<u>EXPERT WITNESS DESIGNATION</u>**

G MISSION INC., *et al.*,

               *Defendants*

--------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure, Rule 26(a)(2), Plaintiff KMS Tech, Inc. ("Plaintiff") designates Kenneth J. Amron ("Mr. Amron"), 545 West End Avenue, #3F, New York, NY 10024, as a retained expert witness in the above-entitled matter. Attached hereto and incorporated herein as **<u>Exhibit 1</u>** is Mr. Amron's report.

Mr. Amron has more than thirty years of experience in the software industry and is currently a practicing forensic consultant experienced with software and hardware interfaces and designing, coding, deploying and operating software that processes and integrates with digital media, including audio, video and imagery.

Mr. Amron's compensation for his work in preparing his accompanying report is $350/hour. The rate for testifying in depositions or trial and preparing for such activities is $450/hour. Mr. Amron's compensation was not and is not contingent upon the substance of his opinions or testimony, or the outcome of this case.

Plaintiff reserves the right to have Mr. Amron supplement his report as necessary or appropriate, and/or to provide a rebuttal report should there be a need. Plaintiff reserves the right to seek and present direct and rebuttal testimony from Mr. Amron based upon all evidence, disclosed materials in this matter, and testimony at trial.

Hard copy disclosure of the accompanying report and its incorporated and referenced materials on an accompanying USB drive was made on October 22, 2024, via FedEx, and confirmed as received on October 23, 2024.

Dated: October 25, 2024
New York, New York

Sincerely,

**PARDALIS & NOHAVICKA, LLP**

By: /s/Eleni Melekou
Eleni Melekou, Esq.
950 Third Avenue, 11th Floor
New York, NY 10022
(212) 213-8511
Eleni@pnlawyers.com

*Attorneys for Plaintiff*

2

# EXHIBIT 1

|  |  |  |
|---|---|---|
| KMS TECH, INC | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.  1:20-cv-01041 |
| | ) | District Court, S.D. New York |
| vs. | ) | |
| | ) | |
| G. MISSION, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**OPENING EXPERT REPORT OF KENNETH J. AMRON**

# Contents

I.  INTRODUCTION ........................................................................................................ 4

II.  PROFESSIONAL BACKGROUND AND QUALIFICATIONS ...................................... 4

III.  COMPENSATION. ..................................................................................................... 4

IV.  MATERIALS CONSIDERED ...................................................................................... 5

V.  SUMMARY OF FINDINGS REGARDING CODE of DEFENDANT'S PLAYBOX ...... 8

VI.  SUMMARY OF METHOD USED TO PERFORM THE COMPARISONS ..................... 9

VII.  VISIT TO GMISSION ............................................................................................... 10

VIII.  EMBEDDED COPYRIGHT ...................................................................................... 14

IX.  MATCHING OF C# SYNONYMS ............................................................................. 18

X.  LINE-BY-LINE COMPARISON ................................................................................ 22

  A.  **Identical Lines of Code** ..................................................................................... 23

  B.  **Unmatched Synonyms - Lines of Code Not Identical** ...................................... 23

XI.  METHOD SIGNATURE COMPARISON ................................................................... 27

## Table of Figures

Figure IV-1 - Image of received copyright material ........................................................ 5

Figure VII-1: Plaintiff premise system labels .............................................................. 11

Figure VII-2: Topside "PLAYBOX KARAOKE RENTAL" at Plaintiff's premises ................. 12

Figure VII-3: Underside "PLAYBOX KARAOKE RENTAL" at Plaintiff premises ................ 13

Figure VIII-1.  Using File Explorer to view "Properties" display dialogue. ................................. 15

Figure VIII-2.  Windows file Windows "General" Properties for SSMediaPlayer.exe ............. 16

Figure VIII-3.  Windows file system "Details" Properties for SSMediaPlayer.exe ................... 16

Figure VIII-4.  Copyright visible for file, 'SSMediaPlayer.exe' using any text editor. .............. 17

Figure IX-1: Example annotation of synonym matching of d_playbox source code ................. 20

Figure IX-2: Example annotation of synonym matching of p_deposit source code .................... 21

Figure X-1: Line-by-line compare of d_playbox to copyright p_deposit .................................... 24

Figure X-2, Example differences of d_playbox and p_deposit are undetected synonyms .......... 26

Figure XI-1 Method-signature Element Correspondence ............................................................ 27

Figure XI-2 Annotated Method Signatures d_playbox and p_deposit, example ......................... 29

## I.       INTRODUCTION

1.       I, Kenneth Amron, have been retained by KMS Tech, Inc. ("**KMSTech**") counsel as a consultant and expert in this action.  I was tasked to visit a location identified to me as G. Mission, Inc's ("**GMission**") premises, to review and obtain computer code "from all computers at that location" for the purpose of comparison to KMSTech's Copyright Deposit ("**p_deposit**").

2.       This report describes the visit and my findings regarding the comparison I performed between the computer code found at the Defendant's premises and the computer code of the Plaintiff's Deposit.

## II.      PROFESSIONAL BACKGROUND AND QUALIFICATIONS

3.       I am a currently a forensic consultant and have over thirty years of experience in the software industry.  My focus in a variety of roles has included digital media in both embedded, distributed and Internet configurations. A copy of my CV is attached as Exhibit 1.

4.       Over the course of my career, I have been responsible for software and hardware interfaces and designing, coding, deploying and operating software that processes and integrates with digital media, including audio, video and imagery.

## III.     COMPENSATION.

5.       My compensation is not dependent on the substance of my opinions or my testimony or the outcome of this case. I have no financial interest in the outcome of this case.

## IV.    MATERIALS CONSIDERED

6.      In connection with this matter, I have reviewed a USB stick identified as TXu 2-172-793 received with a coversheet containing the "SEAL OF THE UNITIED STATES COPYRIGHT OFFICE", in a sealed plastic, the KMS Tech Copyright deposit, ("**p_deposit**")[1], provided to me by KMSTech counsel.



*Figure IV-1 - Image of received copyright material*

7.      I have reviewed the deposition of Defendant, Mr. H. Kwak.

8.      I have reviewed the deposition of Plaintiff's, developer, Mr. Songjae Han.

9.      I have reviewed the deposition of Plaintiff, Mr. Yun Sue An.

10.     I have reviewed the court order regarding discovery, ECF 158.

11.     I have reviewed and subjected to analysis material copied from a Playbox[2] system, [*see infra VII, "*VISIT TO GMISSION*"*], specifically files found on the Playbox system at the Defendant's premises, precisely, files on that system's "E: drive", referred to herein as "**d_playbox**" [*see infra, ¶21.a*].

---

[1] The three file names found on the Deposit are:
(i) 1-8235074313-20191219-165336-0-6081967-F7541-playbox_souece_code.txt
(ii) 1-8235074313-20191219-165336-1-6081992-42320-kmspos_souece_code.txt
(iii) 1-8235074313-20191219-165336-2-6081995-B3B01-ssmedia_lite_manager_source_code.txt
These files were written in the Microsoft C# programming language.

[2] The court order [*See, ECF 158*] provided for my access to all versions of Plaintiff's software in Defendant's possession. During my visit to the Defendant's premises, I was not granted permission to view the machines that were in the Karaoke rooms or any other system at the Defendant's premises. [*See, infra, Section VII,* VISIT TO GMISSION *and deposition of H. Kwak, p. 112, 132, 135-137*].

12.    Accompanying this report produced are materials relied upon, found in directories as shown below:

| Directory within accompanying material | How obtained |
|---|---|
| analysisAndResults | Produced by automated script analysis of this report |
| fromGMission_Playbox | Retrieved from E: drive of Defendant's Playbox |
| KmsTech_eFileDeposit | Received from Plaintiff's law firm. |



13.    The material has been produced on USB flash drive in a 7Z-archive file as below.



To validate the integrity of the received file, the following MD5 checksum can be performed after copying the file from USB and prior to access by using the following Windows DOS "certutil" command:.

```
certutil -hashfile KMSTech_ProductionMaterial.7z MD5
```

14. To verify the integrity of the produced zip-archive file, in a windows command prompt, "CD" to the directory where KMSTech_ProductionMaterial.7z has been copied and invoke the above command. If the file is identical to the material I produced, the MD5 hash will be identical to the hash shown below:

```
MD5 hash of KMSTech_ProductionMaterial.7z:
c8a79292cf463b0b4dd07f8f64dae3c5
CertUtil: -hashfile command completed successfully.
```

15.    I reserve the right to rely upon any additional information I become aware of after the date of this report.

## V.    SUMMARY OF FINDINGS REGARDING CODE OF DEFENDANT'S PLAYBOX

16. The source code obtained by de-compiling the executable d_playbox of the Defendant's system, when compared line-by-line to corresponding elements of the Plaintiff's p_deposit source code is found to be substantially similar [*see infra, section X "LINE-BY-LINE COMPARISON"*].

17. The class method signatures of the source code of d_playbox, when compared to the class method signatures of the p_deposit, are nearly identical. This element of the author's unique creative expression is literally found in the d_playbox and is essentially 100% identical to the corresponding elements of p_deposit [*see, infra section XI, "METHOD SIGNATURE COMPARISON"*].

18. Owing to the substantial similarity, line-by-line (A, above) and the identical method signatures (B, above), it is my opinion that code of the Defendant's d_playbox software, SSMediaPlayer.exe could only have been created using source code copied from the Plaintiff's Copyright Deposit.

19. The d_playbox code files also include an embedded copyright notice [*see, infra VIII "EMBEDDED COPYRIGHT"*].

## VI.    SUMMARY OF METHOD USED TO PERFORM THE COMPARISONS

20.    After reviewing the materials, I decided to perform both a line-by-line comparison of corresponding source code elements [*see infra, X "*LINE-BY-LINE COMPARISON*"* ] and also to perform a comparison of the corresponding method signatures [see infra, XI, "METHOD SIGNATURE COMPARISON"]

21.    In order to perform the line-by-line comparison, I followed the following steps:

a.    I processed program code found on d_playbox (i.e., 'E:\SSMediaPlayer\SSMediaPlayer.exe'), using the Jetbrains decompiler[3]. I refer to the de-compiler output as the d_playbox source code.

b.    Using an automated script and manual comparison, I was able to align blocks of source code comprising 96%[4] of the copyright-able synonym matched, d_playbox source code with corresponding code of the p_deposit. The alignment process was performed only once per d_playbox C# source code file, to find which p_deposit file and within that p_deposit file the start and end line that corresponded to the lines

---

[3] https://web.archive.org/web/20240418164515/https://www.jetbrains.com/decompiler/

[4] See, infra, Figure X-1: Line-by-line compare of d_playbox to copyright p_deposit, *calculated from LOC totals: [M27] / ([M27] + [L28]), i.e. 0.96 = 4561 / (4561 + 217).*

With reference to *Figure X-1* the following categories of files and Lines of Code, ("LOC") were reviewed:

i.    <u>Processed by automated script</u>: 19 files of the 25 that were able to be compared using the automated script (*see dPlaybox file enumeration, Figure X-1, Column M and row 27, "...Lines of Code Compared", total 4561*).

    a.    Within the 19 files of the scripted comparison, i.e. rows 2-9, 12-15, 17-22, there were 217 d_playbox LOC, that when aligned with the pDeposit Copyright source code were excluded from the comparison. Counts for these LOC were noted in column L by the script and totaled in row 28. These lines were the leading, header lines of the files. The differences are because of differences in how the Microsoft C# compiler and the JetBrains decompiler tools processed the source code. These differences were not attributable to developer creative expression.

    b.    There were 4561 LOC of d_playbox compared line-by-line to p_deposit.

ii.    <u>Not processed by script</u>: 6 of the 25 files that did not lend themselves to scripted comparison.

    a.    <u>Not applicable to copyright</u>: 3 of the 6 not processed by-script files, i.e., rows 10, 11 and 16, LOC, 358 LOC -- totaled in row 29 -- were not applicable to copyright. 2 were automatically generated by the Microsoft C# compiler and 1 was attributable to a well-known Microsoft interface.

    b.    <u>Manually reviewed</u>:  Three of the 6 non-scripted files, i.e., rows 23, 24 and 25, with 72 LOC – totaled in row 30 -- did not lend themselves to easy alignment and comparison line-by-line using the automated script. For these three, I performed a manual, alignment and comparison to obtain column M and N data.

within the d_playbox file. [*See the complete source code file enumeration, infra,
Figure X-1: Line-by-line compare of d_playbox to copyright p_deposit.*]

c.  The automated script matched commonly used C# synonyms [*see infra, IX
    "MATCHING OF C# SYNONYMS"*].

d.  The script used the Python "difflib", one of many variants of DIFF[5], an industry
    standard utility program for comparison, developed at Bell Labs during the 1970s, to
    perform a line-by-line, comparison. The line by line source code comparison results
    are summarized in *Figure X-1: Line-by-line compare of d_playbox to copyright
    p_deposit,* showing:

    - names of d_playbox source files compared
    - counts of lines of code compared
    - counts of lines of code excluded from this analysis
    - percent of lines of code compared that were found to be identical

22. I also performed an exhaustive automated comparison of the hundreds of class method
signatures[6] of the d_playbox to the corresponding class method signatures of the p_deposit.

## VII.   VISIT TO GMISSION

23.     On Feb. 12, 2024, at 1PM I visited Defendant's premises accompanied by Eleni
Melekou, the Plaintiff's attorney.

24.     At Karaoke City (22 West 32nd Street, 7th Floor, NYC 10001) we were met by the
Defendant, and his attorney.

---

[5] The automated comparison script of this analysis used the Python library "difflib" [*see,*
https://docs.python.org/3/library/difflib.html# ], to produce two forms of output, (i) HTML output which can be
easily viewed in any browser [*see accompanying production material at
"..KMSTech_ProductionMaterial/analysisAndResults/html/*"*] and (ii) "unified" output [*see accompanying
production material at "..KMSTech_ProductionMaterial/analysisAndResults/unified/*"*]. The script processed the
"unified" output  in order to calculate the count summary data [*see accompanying production material at
"..KMSTech_ProductionMaterial/analysisAndResults/loc_counts.csv and an annotated version of that same
analysis result data found infra, Figure X-1: Line-by-line compare of d_playbox to copyright p_deposit, p.23*].

For history and additional information regarding the DIFF algorithms and variants, see:

- https://web.archive.org/web/20240909172842/https://thelinuxcode.com/linux-diff-command-examples/
- https://web.archive.org/web/20191225170546/https://www.gnu.org/software/diffutils/manual/diffutils.pdf

[6] The method signatures exhibit the developer's creative expression in a concise form, as each signature includes a
minimum of 5 distinct and unique choices made by the author of the source code. (*See infra section XI.*)

25.    The Defendant began starting up a system in a small closet-sized room with multiple computers, multiple display monitors and other electronic equipment.

26.    I asked the Defendant's attorney if the system I was being provided to review contained the Defendant's "copy" of the Plaintiff's system as I understood "copy" from reviewing relevant parts of the transcript of Mr. Kwak's (the Defendant's) deposition[7]. The Defendant's attorney went to another room and when he returned, he responded that the system they were providing for my review was the system that had been provided to the Defendant by the Plaintiff, i.e. d_playbox.

27.    Figure VII-1 thru Figure VII-3, are images of the system produced during the visit.

28.    This system was labeled on the topside as "Playbox Karaoke Rental", and "ROOM01" (Figure VII-1, below)



*Figure VII-1: Plaintiff premise system labels*

---

[7] See, transcript content relevant to "copying", for example, *Deposition of H. Kwak*, pp. 112, 132, 135-137



*Figure VII-2: Topside "PLAYBOX KARAOKE RENTAL" at Plaintiff's premises*



*Figure VII-3: Underside "PLAYBOX KARAOKE RENTAL" at Plaintiff premises*

29.     I was able[8] to extract files from d_playbox, onto a USB thumb drive. One of those files retrieved was named "SSMediaPlayer.exe and the contents of the containing E: drive directory named "SSMediaPlayer"[9].

---

[8] The system was configured to impede direct access to the file system. The Windows start up entered a "kiosk" mode in which user access to the underlying system was not available. By using a system boot interrupt keystroke within a 3-second start up window, I was able to get access to the file system.

[9] See accompanying production material at the path, "..\KMSTech_ProductionMaterial\fromGMission_PlayBox\SSMediaPlayer\"

30.     At the completion of the extraction, I *again* asked if I could review the Defendant systems that were in each of the Defendant Restaurant's Karaoke rooms or review the systems with the "copy". I was informed by the Defendant's attorney that would not occur.

31.     The limitation by the Defendant's attorney of my visit to review only the D_Playbox system and not also the other systems at the Defendant's premises, as noted in the relevant court order, [*see ECF 158*], precluded determination of answers to questions such as:

        a.  How were the copies used?

        b.  Where were the copies used?

        c.  How had the copies been obtained from the D_Playbox system?

        d.  How many copies had been made?

        e.  How were those copies packaged and installed?

        f.  Was it easy for those copies to then be provided to third parties?

32.     Any literal "copy" of the D_Playbox software[10]-- if subjected to the analysis of this report, would result in the same conclusions as from my analysis of D_Playbox, i.e. those literal copies were made using source code copied from Plaintiff's Copyright Deposit.

33.     Failure to permit my review of the other systems at the Defendant's premises prevents me from making a determination that as of the date of my visit, those systems DID NOT use copies of the Plaintiff's Copyright Deposit or somehow were not substantially similar.

34.     If the Defendant's defense is that their Karaoke system includes elements that were not literally copied, and that somehow the portions copied are not substantially similar to P_Deposit, then that hypothetical Defendant system would need to be provided to me for review. However, I asked twice for any such systems to review during my visit and my requests were not honored.

## VIII.   EMBEDDED COPYRIGHT

35.     Upon examination of the SSMediaPlayer.exe file obtained from d_playbox system a copyright is easily viewed using the native Microsoft system file explorer, without any additional tools. This can be accomplished with the following steps and as shown in the following screen shots:

---

[10] For example, literal copies such as, (i) a literal copy of the file 'ssmediaplayer.exe' software found on D_Playbox or (ii) a literal cloning of the entire D_Playbox system or (iii) even a run-time reference from the Defendant's systems to the D_Playbox system operating as a file-server thereby repeatedly performing literal copying with each access, e.g. via a filesystem, network or the Internet.

- Using the Microsoft built-in file explorer, select (single left-click) on the file 'SSMediaPlayer.exe' (*see Figure VIII-1, up pointing red arrow annotation*)

- "right-click" when the SSMediaPlayer.exe file is highlighted in grey. This displays a pop-up where one choice is "**Properties**" (*see Figure VIII-1, right pointing red arrow annotation*)

- Selecting "**Properties**" drop-down choice will display a pop-up dialog display, with the "**General**" tab selected by default (*see Figure VIII-2).*



*Figure VIII-1.  Using File Explorer to view "Properties" display dialogue.*

15



*Figure VIII-2.  Windows file Windows "General" Properties for SSMediaPlayer.exe*

- Selecting the "**Details**" tab, shown above, displays a pop-up dialog that shows the embedded copyright along with other properties (*see below, Figure VIII-3*).



*Figure VIII-3.  Windows file system "Details" Properties for SSMediaPlayer.exe*

16

36.    An alternate way to view the copyright is to simply open the file 'SSMediaPlayer.exe' using the system Notepad editor. The last few lines of the file content visible in the editor (*see Figure VIII-4*) exhibit this copyright.



*Figure VIII-4.  Copyright visible for file, 'SSMediaPlayer.exe' using any text editor.*

## IX.     MATCHING OF C# SYNONYMS

37.     Use of synonyms in C# is akin to paraphrasing in natural language. English language paraphrase examples are:

> **Original Sentence**: **"**James Smith went to the concert to hear music**"**
> **Paraphrased:** "Jim went to the concert to hear some music."

> **Original Sentence**: "The scientific community reached a consensus on climate change."
> **Paraphrased:** "Scientists all agreed about climate change."

> **Original Sentence**: "The sun rises in the east and sets in the west."
> **Paraphrased**: "The sun comes up over there and goes down over here."

38.     One category of C# language synonyms, is differently specified object hierarchies. The JetBrains decompiler uses fully specified object hierarchies, whereas the Microsoft compiler allows less than fully specified hierarchies. The source code supplies the full specification resolving these less than fully specified symbols with reference to its context in the source code.

39.     In this category of symbol / scope hierarchy are examples such as:

- "System.Windows.Forms."
- "Windows.Forms."
- "Forms."

40.     These can be identical expressions for the C# object "System.Windows.Forms.

41.     In C# language, another synonym category is the use of variable number of spaces, tabs or blank lines. The volume of white space, beyond a single space, is all that same as a single space and variations are not a creative expression of the author.

42.     A limited set of synonym matching was performed by the automated script that included the following categories:

    a.   Matching of white space, such as blank lines, spaces or tabs.

    b.   Removal of comments

    c.   Object scoping matches:

        i.   Matching of local "this" scoping, e.g.
- "this.X"

- "X"

ii. Matching self-class, implicit scoping, for example, within a class named "Program" e.g., the synonyms:
  - "Program.logger"
  - "logger" within the class named "Program"

iii. Matching of explicit scoping for .NET system and other library objects, e.g. ¶ 39 above.

d. Matching explicit variable type casts, for the same numerical value, e.g.
  - "(byte) 0"
  - "0"

e. Matching single-line lamda function definitions, to multi-line definitions, e.g. note yellow highlighted differences in these identical, (matched) expressions

```
•     private void btnExit_Click_1(object sender, EventArgs
e) => logger.Debug("Exit button clicked");
•     private void btnExit_Click_1(object sender, EventArgs
e)
{
logger.Debug("Exit button clicked");
}
```

43.    In the screenshot comparisons[11], (*Figure IX-1 and Figure IX-2, below)* the red indicates revisions made to match synonyms, whereas lines without any red are identical.[12].

44.    Figure IX-1, below, exhibits the <u>raw **d_playbox**</u> source code (*right side of screenshot*) compared to its <u>synonym matched</u> version (left side of screenshot) for the "Program" class.

45.    Figure IX-2, below, exhibits the <u>raw **p_deposit**</u> source code (right side of screenshot) compared to its synonym matched version (left side of screenshot) for the "Program" class.

---

[11] These screenshots, (*i.e. Figure IX-1: Example annotation of synonym matching of d_playbox* source code, *infra p. 19 and Figure IX-2: Example annotation of synonym matching of p_deposit* source code, *infra p. 20*), use a text editor tool DIFF algorithm variant [*see supra footnote 5*] to perform the comparison. The name of this variant is "SlickEdit Diffzilla Pro [*see, https://web.archive.org/web/20240716230510/https://www.slickedit.com/compare-editions#:~:text=(Pro%20only)%20View%20and%20reconcile,e.g.%20function%20definitions)%20to%20diff.*]

[12] The comparison screenshot examples of this section highlight the matching of C# synonyms performed prior to the line-by-line comparison of d_playbox to p_deposit. The filenames of these examples can be seen near the top of the screenshots.



*Figure IX-1: Example annotation of synonym matching of d_playbox source code*

(Left, after matching; Right is prior to matching.)



*Figure IX-2: Example annotation of synonym matching of p_deposit source code*

(Left, after matching; Right is prior to matching.)

## X.    LINE-BY-LINE COMPARISON

46.    The automated script first corresponded the start and end line numbers of similar source code elements (e.g. lines of code of identically named classes) of d_playbox and p_deposit. The python script difflib tool (*see, supra, footnote 5)* was then used to perform the comparison of d_playbox source code to p_deposit. For each d_playbox class file, difflib compared the d_playbox lines, to the corresponding lines found in p_deposit files.

47.    The line-counts and results of these line-by-line comparisons are found in Figure X-1, on p. 24, below.

48.    The columns of that table have the following meaning:

| Col | Caption | Meaning |
|---|---|---|
| A | dPlaybox file compared | Name of file from dPlaybox compared |
| B | sort Seq | Sequence of dPlaybox file processed. |
| C | File "LOC" Lines of Code | Count of Lines of Code of the file |
| D | File Type | Type of source code found in the file.<br><br>"**class**" files are one programmatic element of the C# language. A C# class is a container of creative expression of the program's author. It exhibits the author's original creativity in his/her choice of symbolic names, the name of the class, the name of its variables, the method names and the method-signatures and even the sequence of the methods and variable declarations. These class files were recognized by the automated scripted alignment and comparison and the results of that comparison were written to several columns of the table of Figure X-1, specifically, columns C, G, H, I, J, K, O.<br><br>"**names**" files contained symbolic definitions. Both of these files contained compiler generated code, not authored by a developer. These lines of code could not be expected to be creatively unique and so aside from manually reviewing them and counting the lines of code, I excluded them from my consideration.<br><br>"**wrap**" contained methods that were a "wrapper" of the well-known Microosoft DirectShow interface. This well-known interface could not be expected to be creatively unique and so aside from manually reviewing it and counting the lines of code, I excluded these lines of code from my consideration.<br><br>"**iface**" and "**enum**" contained symbolic definitions and interfaces. I had to compare the content of these files manually in order to align them with the appropriate start and end lines of the Copyright source code files, as they were not recognized by the automated script. For these files, I then manually compared line-by-line and produced the data of the corresponding columns of Figure X-1. |
| E | Compare method | "Scripted" were processed automatically as described herein, using difflib.<br>"NA" were excluded from the comparison results.<br>"Manual" were reviewed manually. |
| F | className | If the filetype (column E) is "class", then this is the name of the class used for the automated alignment. Else this is blank |
| G | dPlaybox StartLine | StartLine of file named in (A) for line-by-line comparison |
| H | dPlaybox EndLine | EndLine of file named in (A) for line-by-line comparison |
| I | pDeposit filename | Name of pDeposit file that contains corresponding lines of code found in the Copyright deposit. |

22

| J | pDeposit StartLine | StartLine of file named (I) for line-by-line comparison |
|---|---|---|
| K | pDeposit EndLine | EndLine of file named (I) for line-by-line comparison |
| L | dPlaybox LOC NOT Compared | This is the count of any LOC that may have been skipped of dPlaybox file |
| M | dPlaybox LOC Compared | This is the count of LOC compared line-by-line of dPlaybox file |
| N | Line-by-line % D identical | Percent of LOC compared from dPlaybox that were identical (and in the same sequence) to LOC in pDeposit |
| O | LOC Identical | Total LOC compared from dPlaybox that were identical (and in the same sequence) to LOC in PDeposit |

## A.    Identical Lines of Code

49.    The aggregate result for identical lines of code of dPlaybox compared to pDeposit is found in Figure X-1, row 27.

50.    3269 lines of code out of 4561 lines of code compared were identical, that is 72% of the lines of code of d_playbox <u>were found to be identical</u> to lines of code of p_deposit, after alignment and synonym matching.

51.    See footnote 4, above on p. 9 for details regarding the lines of code reported in that table.

52.    The reported "identical" LOC is a lower-bound metric for similarity. Because of many synonyms not detected by the automated script, (*see ¶¶ 53, 54 and 55*), the scripted, overall, 72% LOC "identical" is a conservative estimate of similarity.

## B.    Unmatched Synonyms - Lines of Code Not Identical

53.    Many lines that do not match identically after the limited pre-processing synonym matching, were spot checked and found to be synonyms that, owing to their syntactic complexity were unmatched by the automated script. These unmatched synonyms are related to differences of the Microsoft C# compiler and the JetBrains C# decompiler tools that processed the code.

54.    Some lines of code that do not match were found to be trivial revisions of p_deposit, some of those also unmatched synonyms, and overall these revisions do not impact the creative expression of p_deposit.

55.    The scripted line-by-line comparison lines identified as "not identical", but which are in-fact unmatched synonyms contribute to the calculated 28% LOC "not identical" result.

| dPlayback file compared | sortSeq | File "LOC" (Lines Of Code) | File Type | Compare method | className | dPlaybox Start Line | dPlaybox End Line | pDeposit fileName | pDeposit Start Line | pDeposit End Line | dPlaybox box NOT Compared | dPlaybox box LOC Compared | Line-by-line % D identical | LOC Identical |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| preProc/clean/dPlaybox/ucSongEntry.cs | 3 | 136 | class | Scripted | ucSongEntry | 9 | 136 | 5-0-6081967-F7541-playbox_souece_code.txt | 2466 | 2611 | 8 | 128 | 88.28% | 113 |
| preProc/clean/dPlaybox/PlayerAudioUtil.cs | 4 | 37 | class | Scripted | PlayerAudioUtil | 8 | 40 | 5-0-6081967-F7541-playbox_souece_code.txt | 2759 | 2796 | 7 | 33 | 54.55% | 18 |
| preProc/clean/dPlaybox/SSMediaPlayerCommon.cs | 5 | 430 | class | Scripted | SSMediaPlayerCommon | 18 | 442 | BB01-ssmedia_lite_manager_source_code.txt | 2193 | 2685 | 17 | 425 | 52.00% | 221 |
| preProc/clean/dPlaybox/LocalCommandReceiver.cs | 7 | 43 | class | Scripted | LocalCommandReceiver | 9 | 46 | 5-0-6081967-F7541-playbox_souece_code.txt | 3275 | 3322 | 8 | 38 | 57.89% | 22 |
| preProc/clean/dPlaybox/LiteManagerReceiver.cs | 8 | 134 | class | Scripted | LiteManagerReceiver | 14 | 134 | 5-0-6081967-F7541-playbox_souece_code.txt | 3338 | 3461 | 13 | 121 | 45.45% | 55 |
| preProc/clean/dPlaybox/RemoteCommandReceiver.cs | 9 | 136 | class | Scripted | RemoteCommandReceiver | 14 | 136 | 5-0-6081967-F7541-playbox_souece_code.txt | 3477 | 3602 | 13 | 123 | 44.72% | 55 |
| preProc/clean/dPlaybox/ControllerEvent.cs | 10 | 14 | class | Scripted | ControllerEvent | 8 | 14 | 5-0-6081967-F7541-playbox_souece_code.txt | 2904 | 2910 | 7 | 7 | 71.43% | 5 |
| preProc/clean/dPlaybox/PlayerController.cs | 11 | 230 | class | Scripted | PlayerController | 12 | 233 | 5-0-6081967-F7541-playbox_souece_code.txt | 2923 | 3260 | 11 | 222 | 69.37% | 154 |
| fromGMission_Playbox/jbExport/SSMediaPlayer/SSMediaPlayer/Properties/Resources.cs | 12 | 39 | names | NA | NOT APPLICABLE - Compiler generated code | | | | | | | | | |
| fromGMission_Playbox/jbExport/SSMediaPlayer/SSMediaPlayer/Properties/Settings.cs | 13 | 21 | names | NA | NOT APPLICABLE - Compiler generated code | | | | | | | | | |
| preProc/clean/dPlaybox/frmController.cs | 14 | 835 | class | Scripted | frmController | 20 | 919 | 5-0-6081967-F7541-playbox_souece_code.txt | 21 | 1037 | 19 | 900 | 69.89% | 629 |
| preProc/clean/dPlaybox/frmRemoteController.cs | 15 | 644 | class | Scripted | frmRemoteController | 14 | 653 | 5-0-6081967-F7541-playbox_souece_code.txt | 1057 | 1709 | 13 | 640 | 89.53% | 573 |
| preProc/clean/dPlaybox/frmMainMessage.cs | 16 | 606 | class | Scripted | frmMainMessage | 16 | 645 | 5-0-6081967-F7541-playbox_souece_code.txt | 3620 | 4243 | 15 | 630 | 75.24% | 474 |
| preProc/clean/dPlaybox/frmMainMessageBar.cs | 17 | 406 | class | Scripted | frmMainMessageBar | 16 | 442 | 5-0-6081967-F7541-playbox_souece_code.txt | 1844 | 2264 | 15 | 427 | 73.54% | 314 |
| fromGMission_Playbox/jbExport/SSMediaPlayer/SSMediaPlayer/MediaPlayerImpl.cs | 18 | 298 | wrap | NA | NOT APPLICABLE - Well known Microsoft interface | | | | | | | | | |
| preProc/clean/dPlaybox/ucUIFeedBack.cs | 19 | 216 | class | Scripted | ucUIFeedBack | 12 | 219 | BB01-ssmedia_lite_manager_source_code.txt | 2698 | 2938 | 11 | 208 | 57.69% | 120 |
| preProc/clean/dPlaybox/frmWMediaPlayer.cs | 20 | 169 | class | Scripted | frmWMediaPlayer | 12 | 169 | 5-0-6081967-F7541-playbox_souece_code.txt | 4268 | 4435 | 11 | 158 | 85.44% | 135 |
| preProc/clean/dPlaybox/frmWMediaPlayerBar.cs | 21 | 166 | class | Scripted | frmWMediaPlayerBar | 12 | 166 | 5-0-6081967-F7541-playbox_souece_code.txt | 2290 | 2454 | 11 | 155 | 85.81% | 133 |
| preProc/clean/dPlaybox/sskmsSplash.cs | 22 | 130 | class | Scripted | sskmsSplash | 13 | 142 | 5-0-6081967-F7541-playbox_souece_code.txt | 2814 | 2894 | 12 | 130 | 49.23% | 64 |
| preProc/clean/dPlaybox/Program.cs | 23 | 94 | class | Scripted | Program | 13 | 94 | 5-0-6081967-F7541-playbox_souece_code.txt | 1728 | 1827 | 12 | 82 | 84.15% | 69 |
| preProc/clean/dPlaybox/KeyIntercept.cs | 24 | 57 | class | Scripted | KeyIntercept | 9 | 65 | 5-0-6081967-F7541-playbox_souece_code.txt | 2694 | 2749 | 8 | 49 | 73.47% | 36 |
| fromGMission_Playbox/jbExport/SSMediaPlayer/SSMediaPlayer/ifMediaPlayer.cs | 25 | 35 | iface | Manual | | 7 | 45 | 5-0-6081967-F7541-playbox_souece_code.txt | 3796 | 3837 | | 36 | 100.00% | 24 |
| fromGMission_Playbox/jbExport/SSMediaPlayer/SSMediaPlayer/ifMainMessage.cs | 26 | 25 | iface | Manual | | 7 | 45 | 5-0-6081967-F7541-playbox_souece_code.txt | 3752 | 3787 | | 24 | 100.00% | 24 |
| fromGMission_Playbox/jbExport/SSMediaPlayer/SSMediaPlayer/UIControlMode.cs | 27 | 12 | enum | Manual | | 9 | 16 | 3BB01-ssmedia_lite_manager_source_code.txt | 4052 | 4059 | | 8 | 100.00% | 8 |
| preProc/clean/dPlaybox/Util.cs | 28 | 20 | class | Scripted | Util | 7 | 23 | BB01-ssmedia_lite_manager_source_code.txt | 2947 | 2966 | 6 | 17 | 64.71% | 11 |
| | | | | | | | | TOTALS FOR dPlaybox FILES COMPARED | | | | 4561 | 72% | 3269 |
| | | | | | | | | TOTAL dPlaybox HEADER LOC NOT COMPARED | | | 217 | | | |
| | | | | | | | | TOTAL LINES NOT APPLICABLE | | | 358 | | | |
| | | | | | | | | TOTAL LOC COMPARED MANUALLY | | | 72 | | | |

*Figure X-1: Line-by-line compare of d_playbox to copyright p_deposit*

56.    In general, upon manual review, differences detected by difflib tool as part of the automated script, were found to be caused by the following:

    a.  Differences resulting from differently partitioned source code, e.g. JetBrains used a separate file for each C# class, whereas the Plaintiff's developer had registered the Copyright using three files which contained all the C# classes.

    b.  Differences because of unmatched synonyms, where the complexity of describing the synonym precluded its inclusion in the scripted comparison. These categories of excluded synonym detection included, but were not limited to:

        i.  Multi-line lambda expressions

        ii.  Swapped and negated boolean conditionals

        iii.  Multi-line continuation

    c.  Differences because of trivial source code revisions, such as bug fixes that may have occurred subsequent to the Copyright registration.

57.    An excerpt visual example[13] of the scripted difflib comparison of d_playbox and p_deposit is the screenshot of a comparison of a few lines of the class named "Program". (*See Figure X-2, below, with differences highlighted in red and green.*)

58.    The complete HTML comparison output can be found in the accompanying production material [*see the files, one for each file of the comparison found in the accompanying production material at "../KMSTech_ProductionMaterial/analysisAndResults/html/\*"*]. Viewing these files one can easily see the basis for my conclusion that the d_playbox could only have been created using source code substantially copied from the Plaintiff's Copyright Deposit.

---

[13] This example is the HTML output obtained using the scripted difflib [*see supra, footnote 5* ]



*Figure X-2, Example differences of d_playbox and p_deposit are undetected synonyms*

(Left: p_deposit, Right: d_playbox), [*produced by Python difflib*]

## XI.    METHOD SIGNATURE COMPARISON

59.    The following table relates the method-signature elements of a C# program, to elements of the text of a multiple chapter book.

| Multi-chapter book element | C# Method-signature element |
|---|---|
| chapter group heading | class name (*that includes one or more method-signatures*) |
| chapter title / narrative element | method name |
| chapter plot outcome | method return value type |
| character names | method parameter names |
| character attributes | method parameter types |

*Figure XI-1 Method-signature Element Correspondence*

60.    The lines of C# source code that comprise the method-signatures of each class are a concise enumeration of the author's unique creative choices. And the method signatures are included literally in the copyright deposit.

61.    Finding similar or identical method signatures of a copyrighted work -- is indicative of copying.

62.    A single C# class includes one or more methods, each with a signature exhibiting the developer's creative choices. The Copyright author's selection of meaningful symbolic **class names** and each of the class's one or more **method names**, the **method-parameters**, the **method-parameter names**, the **method-parameter types** and the **method return-types** are literally found in the copyright deposit and can be easily extracted and compared between two bodies of source code (*see below, Figure XI-2 "Annotated Method Signature"*).

63.    The method signatures of this extract screenshot example comparison of, "reserveSong" of the class "frmController" are found in the example Figure XI-2 on lines 707 and 476.

64.    As can be easily seen, this example method-signature when compared is precisely identical in the two bodies of source code.

65.    In general, a method signature includes the following elements (*with the specific example noted*):

27

i.   The method's class name, i.e. the class name that encapsulates the method, i.e. the class within which the method is defined, *in this example, "frmController"*.

ii.  The method name, *in this example, "reserveSong"*

iii. The method return type, *i.e. for "reserveSong",. "private void"*

iv.  The method's parameters, *i.e. for "reserveSong", three parameters, (i) "songcode", (ii) "currentFunction", and (iii) "Requestor"*

v.   The parameter types *i.e. for these three parameters, (i) "string", (ii) "string", and (iii) "string"*.

vi.  The sequence of the method signature within all the method signatures of the encapsulating class.



*Figure XI-2 Annotated Method Signatures d_playbox and p_deposit, example*

66.     The conservative 72% identical line-by-line comparison result, counts and percent of identical lines compared establish the "substantial similarity" finding (*see supra section X, and Figure X-1*). This metric, i.e. the line-by-line comparison assumes that each line of source code of p_deposit found in d_playbox contributes uniformly to the conclusion of "substantial similarity" and that each line is equally demonstrative of similarity. I don't believe this assumption is true in source code or in natural language texts.

67.     The literal lines of code which are recognizable in the C# syntax as method-signatures[14] embody the lion's share of the author's unique and creative decisions choosing the names of program text entities, the attributes of the named entities and relationships among the named entities of p_deposit.

68.     The detailed result of the scripted comparison of method signatures extracted from d_playbox compared to the method signatures of p_deposit is found in Exhibit 2.

69.     The files of d_playbox source code are enumerated, in Figure X-1, cells [A2] – [A26]. A sequence number is assigned to each file name for reference between Figure X-1 and Exhibit 2 (*see above, Figure X-1, cells [B2] – [B26], compare to Exhibit 2, cells [A2] – [A256]*).

70.     In summary, for approximately 5000 lines of d_playbox source code (see above, *Figure X-1, cells [M27] + [L28] + [L29]*), 252 method-signatures were found (*see detail of Exhibit 2, rows 2-256*).

71.     Of these 252 method signatures, only two, i.e., (i) "Dispose" and "(ii) InitializeComponent" of class "sskmsSplash" were not found by the script in p_deposit. Upon detailed investigation these "missing" methods were found to be present in p_deposit, but not

---

[14] Internal method signatures such as those compared herein are distinguished from a published API (of method signatures), in that internal method signatures are not programmatically accessible by the user of the program. Internal method signatures are not visible or accessible to users of the program. The internal method signatures compared herein do not comprise an API, neither does any API exist, that I am aware of.

detected as result of a limitation of the comparison script[15]. Manual review found these and when compared, they were also found to be identical in d_playbox and p_deposit.

72.    Of the 250 methods that were compared by the comparison script, 247 were found to be identical for all properties noted above (*see above, paragraph 65 (i) – (vi)*).

73.    Manual review of the three methods not found by the script to be identical, when reviewed manually discovered that the "difference" detected by the comparison script was the use in p_deposit of *upper-case* "O" for "Object", whereas *lower-case* "o" for "object" was found in d_playbox (*see Exhibit 2, rows, 116, 172 and 194*).

74.    In summary, by using automated comparison of the method-signatures, and manual review these creative elements were found to be essentially 100% identical between the two source codes. The 100% identical method-signatures finding, strongly amplifies the conservative 72% identical lines of code finding. It provides irrefutable foundation to the conclusion that the d_playbox code is substantially similar to p_deposit and could only have been created using source code copied from p_deposit.


Dated: October 22, 2024


_____
Kenneth J. Amron

Pittsfield, MA


---

[15] The script failed to detect these two methods of the same containing class name, but when the containing class was defined in two different, non-contiguous file locations using the C# "partial" class designation.

Exhibit 1: Kenneth J. Amron CV (4 pages)

# Kenneth J. Amron

545 West End Avenue, #3F
New York, NY 10024

kamron@digital-parts.com
(917) 439-8984

---

### EXPERIENCE

**2003 – present**

**Digital Parts, Inc. -- New York City, NY**
Technology Consultant: I provide expert technology consulting (*software projects enumerated inline*) *and also* support for patent, copyright and trade secret cases (*see* '*Litigation Support*' *section below*). Recent enterprise software consulting projects have included software design, development and dev-ops projects: ***US-wide real estate transaction data digital media retrieval system***, [for Smarter Agent, (2017-2023)]; ***Airport Risk Planning -- platform for US airports*** [for FAA Transportation Research Board, (2012/3)]; and a follow-up project, ***Airport Emergency Planning platform*** targeted to Node Webkit, [also for FAA TRB, (2017/8)]; ***Platform for video event integration** (e.g. sensor enhanced and POS, video-events, etc* [for Time Warner Cable, Atlanta Hartsfield International Airport, Banco Santander and others (2003-2011)].

**2001 - 2003**

**IDT Technology Ventures, L.L.C. -- New York City, NY**
Founder, Technology Lead: I provided technology consulting to IDT Corporation, leading a rapid prototype development group and advising IDT's CEO regarding investment opportunities. ***Media ventures*** included: TV.TV, A web-based CDN innovation hosting a digital media marketplace supporting: transaction settlement, content acquisition, digital rights management. ***Financial service initiatives*** included: Caller-paid purchasing – leveraging IDT's net2Phone and pre-paid phone service for E-commerce.

**1999 - 2001**

**Arbinet -- New York City, NY**
CTO / VP Software Development: I directed software development and technology strategy, creating an operational ***global trading system for telecom "minutes"***— the key ingredient towards Arbinet's IPO success and acquisition. Arbinet's *AGCN Exchange* advertised international voice communication buy/sell offers by wholesale telecom providers, matching trades to originate or terminate voice communications based on capacity, quality and market. At the daily close, the system would re-route capacity, calculate wholesale settlement and generate end-user billing.

**1981 - 1999**

**Dun & Bradstreet, DunsGate -- New York City, NY**
Global Architect: I unified **D&B's commercial credit technology offerings**, expanding services to over 70 countries deploying to European, Asia Pacific and US data centers.
Director, Software Development: Managed, mentored and incentivized technical staff, building an easily scaled, messaging gateway, supporting internationally diverse D&B financial services for IVR, FAX, network and desktop access.
Lead Developer: Built network concentrator, developed gateway communication protocols and application framework supporting remote interactive voice response platform, deployed internationally.
Systems Engineer: Device drivers and applications for custom A/D and D/A hardware, CSMA/CD, SYNC and ASYNC gateway communications.

**1979 - 1981**

**Advanced Computer Techniques -- New York City, NY,**
Key Engineer for *compiler and operating system initiatives sold to: NASA and DARCOM. Developed run-time interfaces and code-gen for DARCOM's portable OS / compiler initiative, for Pascal, Fortran, Cobol runtime and inter-process communication.*

**1977 - 1979**

**Burroughs Corporation, Federal and Special Systems Group -- Paoli, Pennsylvania**
Systems Engineer for ***Operating System of BSP supercomputer**. Developed file-subsystem and FORTRAN run-time. BSP was competitor of the CRAY-1. Developed the OS Master Control Program on simulator and migrated to prototype hardware.*

## SOFTWARE SKILLS

| | | |
|---|---|---|
| Enterprise software | Python | Datadog |
| Product development | Java | Postman |
| Distributed computing | Javascript | Mozilla/XUL/Firebug |
| Media processing | C#/VB/C++/CLI | NodeJS/Node-Webkit |
| Signal processing | COBOL | XULRunner |
| System integration & deployment | SQL/PL-SQL | Silverlight |
| Real-time data communications | Linux/Ubuntu/WSL | Logmatic |
| Operations Integration | NET/Visual Studio/Installshield | Javascript/jQuery/Ajax/JSON |
| Team practices | Salesforce/Apex/Force.com | HTML/XHTML/CSS/HTML5 |
| Requirements synthesis | Oracle Application Framework | XML/XSLT/XSD/XPath/SOAP |
| Monitoring, logging, metrics | CX_Oracle (Python, C++) | GIT / SVN / CVS |
| Team leadership & mentoring | Oracle SQL Developer | Sybase |
| Software Development | AWS – EC2, S3 | DB2 |
| C/C++ | Google Cloud - GCP | OpenGL, WebGL |

**1982 - 1986** **New York University, Courant Institute of Mathematical Sciences**
*New York City, NY,*
*Master of Science – Applied Mathematics / Computer and Information Science*

**1973 - 1977** **State University of New York at Albany**
*Albany, NY,*
*Bachelor of Science - Applied Mathematics / Computer Science (Magna Cum Laude)*

## LITIGATION SUPPORT

4/2022 – Current: Consultant to Markit Group Ltd., *Capelogic, Inc. v. Markit Group Limited,* Case 3:22-cv-00085-ZNQ-RLS. Technology and code review for a trade secret / contract dispute. (Gibbons, P.C., Samuel Portnoy, Kate Janukowicz).

5/2021 – Current: Consultant to Kewazinga, *Kewazinga Corp. v. Google.,* Case No. 1:20-cv-1106-LGS. Source code review of Google Maps, Streetview feature and expert report in support of a patent dispute. (Brown & Rudnick, contact Ian G. DiBernardo).

5/2019 – 3/2020: Consultant to Kewazinga, *Kewazinga Corp. v. Microsoft Corp.,* No. 1:18-cv-4500-GHW. Source code review of Microsoft Bing Maps, Streetside feature in support of a patent dispute. (Stroock & Lavan, contact Kenneth Stein).

6/2018 - 2020: Consultant to Ultimate Software Group, Inc, re: *Master Tax LLC v. Ultimate Software*, Case No 2:18-cv-01463. Litigation support, reviewing both parties' software and claims in connection with a trade-secret dispute. (Stroock & Lavan, contact Jason Sobel).

1/2018: Consultant to US Phillips, Corp, *Philips v. HTC*, Case No 15-1126-GMS for code review of AMR-WB CODEC and FLACExtractor signal processing. I reviewed Android code and drafted infringement contentions. (Fitzpatrick, contact Jonathan Sharret)

4/2016 – 11/2017: Consultant to Broadsoft, Inc, *Blinkmind. v Broadsoft,* Case No. 2015-16576 in The District Court of Harris County, TX. I reviewed three different parties' multi-point video conferencing software. I performed a three-way, exhaustive GIT/SVN version comparison to quantify and report on evidence of similarities in the context of allegations of copying and trade-secret misappropriation. (Cooley, LLP, contact Peter Yi)

8/2014-8/2015: Consultant to Art+Com Innovationpool, GmbH in *Art+Com Innovationpool GmbH., v. Google Inc.*, Case No 1:14-cv-00217-UNA to perform code review of Google Earth. (Baker Botts, Ryan Pinckney)

5/2014 -11/2016: Consultant to CSX in *Integrated Data Communication Systems, Inc. v. CSX Intermodal Terminals, Inc.*, Case No 2:13-cv-00994. I performed review of both parties' source code and provided fact finding and expert report regarding a trade-secret / copyright dispute. (Gibbons, Christopher Walsh)

3/2014: Consultant to Jobscience in *Jobscience, Inc. v. CVPartners, Inc. et al*, Case No. 3:2013cv04519, California Northern District. Engaged to perform a code review of both party's software in context of a trade-secret and copyright dispute. I provided expert report to the court regarding evidence of copying. (CounselForce, Patrick Terry)

11/2013: Consultant to Opentext in *OpenText S.A. v. Alfresco Software LTD*, Case No. 2:13CV320AWA/LRL; Engaged by Opentext to (i) host, (ii) make operable and (iii) review code of a collaborative software product, in support of infringement contentions. (Cooley)

5/2013: Consultant to Siemens Corporation in *ROY-G-BIV Corp. v. Siemens Corporation et al.*, Case No. 6:11-cv-00624-LED (E.D.Tex.) Engaged regarding a Motion-To-Compel: "Production and Deployment of Complete Development Environment Infrastructure" as defendant's expert regarding system builds and industry practices (i.e., Automation Systems, Operator Monitoring Systems, Industrial Controls, Product Lifecycle Management, Microsoft COM and .NET, Visual Studio) (Kirkland, James Medek)

2/2013: Consultant to Tomita Technologies in *Tomita Technologies USA LLC et al. v. Nintendo Co. Ltd. et al.*, case number 1:11-cv-04256, in the U.S. District Court for the Southern District of New York. On behalf of Plaintiff, performed code review (C/C++) of 3D-imaging/gaming and stereoscopic camera for plaintiff's '664 patent; I provided declaration, expert report, was deposed on two occasions as software expert and testified at trial. (Stroock & Lavan, Ken Stein)

1/2013: Consultant to Daedalus Technology Group, Inc. in *Softview v. Huawei*: Reviewed open source to locate Webkit pinch-scale feature.

8/2012: Consultant to Sony in *HumanEyes Technologies, Ltd. V. Sony Electronics, Inc. et al*, case number 1:12-cv-00398, Delaware District Court. The case was a patent dispute regarding 3D sweep panorama imaging. (Kenyon, Michael Sander)

5/2012: Consultant to Daedalus Technology Group, Inc. in support of a patent dispute. Engaged to develop a benchmark to exercise network switching device features and measure corresponding performance -- assembled legacy hardware, installed boot OS and integration environment, designed, coded and reported on benchmark (LZW compression, C/C++/Ubuntu).

2/2012: Consultant to Daedalus Technology Group, Inc. in defense of patents of a university plaintiff client, I reviewed alleged infringing manufacturer's whitepapers and documentation to draft contentions in defense of patents regarding malware detection and network intrusion.

6/2011: Consultant to Daedalus Technology Group, Inc. in *Apple Inc. v. Nokia Corporation and High Tech Computer Corp*. The matter involved a patent dispute for which I developed a software harness and utilities utilizing FFTW and a LLS approximation to exercise embedded voice 3GPP AMR CODEC and analyze the power spectrum, voice activity detection and bandwidth modes (C/C++).

1/2011: Consultant to Bidz.com, Inc., in *Soverain Software LLC, v. J.C. Penney, et al*, case number 6:09-cv-00274 (E.D. Texas). For Bidz.com, in this patent dispute, I analyzed protocol traces focusing on authentication, sessionID and eCommerce protocols and provided the Bidz non-infringement report content. (Seldon & Scillieri, John Scilleri)

6/2010: Consultant to Daedalus Technology Group in *Spread Spectrum Screening, LLC v. Eastman Kodak Company,* case number 10-CV-1101 for the Norther District of Illinois. For the defendant I developed utilities (Java, AWT) for 2D-Fourier spectral analysis of digital image library.

## EXPERT TESTIMONY

3/2022: For Kewazing in *Kewazinga v. Google*, deposed regarding expert report related to review of the Google Maps Streetview feature.

8/2015: For Tomita in *Tomita Technologies USA LLC et al. v. Nintendo Co.*, testified at trial regarding findings related to review of the Nintendo 3DS software in light of US Federal Circuit Court of Appeal, decision.

4/2015: For Tomita in *Tomita Technologies USA LLC et al. v. Nintendo Co.*, deposed regarding expert report related to review of the Nintendo 3DS software in light of US Federal Circuit Court of Appeal, decision dated, December 8, 2014.

6/2013: For Siemens in *ROY-G-BIV Corp. v. Siemens Corporation et al,* deposed regarding findings related to plaintiff's "Motion to Compel Production and Deployment".

3/2013: For Tomita in *Tomita Technologies USA LLC et al. v. Nintendo Co.*, deposed regarding review of the Nintendo 3DS software.

Exhibit 2: Method-signature scripted comparison detailed results (5 pages)

Class Method Signature Comparison

| Seq | D class | D class NOT found in P | D class found in P | D method | D method NOT found in P | D found in P | identical method signature | not identical method signature | D sig | D method lineNo start | P method lineNo start - if found | P fName - if found | P sig (if found but not identical) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | ucSongEntry | 0 | 1 | ucSongEntry | 0 | 1 | 1 | 0 | public void ucSongEntry() | 17 | 2468 | playbox_soucce_code.txt | |
| 3 | ucSongEntry | 0 | 1 | setSongInfo | 0 | 1 | 1 | 0 | public void setSongInfo(t_SongQueue aSong) | 22 | 2473 | playbox_soucce_code.txt | |
| 3 | ucSongEntry | 0 | 1 | resetSongInfo | 0 | 1 | 1 | 0 | public void resetSongInfo() | 44 | 2503 | playbox_soucce_code.txt | |
| 3 | ucSongEntry | 0 | 1 | Dispose | 0 | 1 | 1 | 0 | protected override void Dispose(bool disposing) | 50 | 2516 | playbox_soucce_code.txt | |
| 3 | ucSongEntry | 0 | 1 | InitializeComponent | 0 | 1 | 1 | 0 | private void InitializeComponent() | 56 | 2525 | playbox_soucce_code.txt | |
| 4 | PlayerAudioUtil | 0 | 1 | getVolume | 0 | 1 | 1 | 0 | public static int getVolume() | 15 | 2763 | playbox_soucce_code.txt | |
| 4 | PlayerAudioUtil | 0 | 1 | setVolume | 0 | 1 | 1 | 0 | public static int setVolume(int new_volume) | 23 | 2771 | playbox_soucce_code.txt | |
| 4 | PlayerAudioUtil | 0 | 1 | setInitialVolume | 0 | 1 | 1 | 0 | public static int setInitialVolume() | 36 | 2788 | playbox_soucce_code.txt | |
| 5 | SSMediaPlayerCommon | 0 | 1 | OnGraphEvent | 0 | 1 | 1 | 0 | public void OnGraphEvent(EventCode eventCode, IntPtr param1, IntPtr param2) | 38 | 2211 | ssmedia_lite_manager_source_code.txt | |
| 5 | SSMediaPlayerCommon | 0 | 1 | GetCurrentPlayerPosition | 0 | 1 | 1 | 0 | public int GetCurrentPlayerPosition() | 66 | 2239 | ssmedia_lite_manager_source_code.txt | |
| 5 | SSMediaPlayerCommon | 0 | 1 | playDemo | 0 | 1 | 1 | 0 | public bool playDemo(string demoSong) | 89 | 2258 | ssmedia_lite_manager_source_code.txt | |
| 5 | SSMediaPlayerCommon | 0 | 1 | Start | 0 | 1 | 1 | 0 | public virtual void Start(IWin32Window boss) | 95 | 2264 | ssmedia_lite_manager_source_code.txt | |
| 5 | SSMediaPlayerCommon | 0 | 1 | setAnalogMode | 0 | 1 | 1 | 0 | public bool setAnalogMode() | 100 | 2269 | ssmedia_lite_manager_source_code.txt | |
| 5 | SSMediaPlayerCommon | 0 | 1 | startMainPlayer | 0 | 1 | 1 | 0 | public double startMainPlayer(string SongID) | 111 | 2281 | ssmedia_lite_manager_source_code.txt | |
| 5 | SSMediaPlayerCommon | 0 | 1 | volumeMute | 0 | 1 | 1 | 0 | public int volumeMute() | 233 | 2415 | ssmedia_lite_manager_source_code.txt | |
| 5 | SSMediaPlayerCommon | 0 | 1 | volumeSet | 0 | 1 | 1 | 0 | public int volumeSet(int newVolume) | 251 | 2435 | ssmedia_lite_manager_source_code.txt | |
| 5 | SSMediaPlayerCommon | 0 | 1 | volumeUp | 0 | 1 | 1 | 0 | public int volumeUp() | 259 | 2450 | ssmedia_lite_manager_source_code.txt | |
| 5 | SSMediaPlayerCommon | 0 | 1 | volumeDown | 0 | 1 | 1 | 0 | public int volumeDown() | 266 | 2466 | ssmedia_lite_manager_source_code.txt | |
| 5 | SSMediaPlayerCommon | 0 | 1 | pitchSet | 0 | 1 | 1 | 0 | public int pitchSet(int newPitch) | 273 | 2482 | ssmedia_lite_manager_source_code.txt | |
| 5 | SSMediaPlayerCommon | 0 | 1 | pitchUp | 0 | 1 | 1 | 0 | public int pitchUp() | 282 | 2496 | ssmedia_lite_manager_source_code.txt | |
| 5 | SSMediaPlayerCommon | 0 | 1 | pitchDown | 0 | 1 | 1 | 0 | public int pitchDown() | 292 | 2511 | ssmedia_lite_manager_source_code.txt | |
| 5 | SSMediaPlayerCommon | 0 | 1 | tempoSet | 0 | 1 | 1 | 0 | public int tempoSet(int newTempo) | 302 | 2526 | ssmedia_lite_manager_source_code.txt | |
| 5 | SSMediaPlayerCommon | 0 | 1 | tempoUp | 0 | 1 | 1 | 0 | public int tempoUp() | 311 | 2540 | ssmedia_lite_manager_source_code.txt | |
| 5 | SSMediaPlayerCommon | 0 | 1 | tempoDown | 0 | 1 | 1 | 0 | public int tempoDown() | 321 | 2555 | ssmedia_lite_manager_source_code.txt | |
| 5 | SSMediaPlayerCommon | 0 | 1 | pauseMainPlayer | 0 | 1 | 1 | 0 | public bool pauseMainPlayer() | 331 | 2570 | ssmedia_lite_manager_source_code.txt | |
| 5 | SSMediaPlayerCommon | 0 | 1 | isMainPlaying | 0 | 1 | 1 | 0 | public bool isMainPlaying() | 336 | 2575 | ssmedia_lite_manager_source_code.txt | |
| 5 | SSMediaPlayerCommon | 0 | 1 | restartMainPlayer | 0 | 1 | 1 | 0 | public bool restartMainPlayer() | 341 | 2580 | ssmedia_lite_manager_source_code.txt | |
| 5 | SSMediaPlayerCommon | 0 | 1 | playBG | 0 | 1 | 1 | 0 | public virtual bool playBG(bool start) | 347 | 2586 | ssmedia_lite_manager_source_code.txt | |
| 5 | SSMediaPlayerCommon | 0 | 1 | stopBG | 0 | 1 | 1 | 0 | public bool stopBG() | 363 | 2602 | ssmedia_lite_manager_source_code.txt | |
| 5 | SSMediaPlayerCommon | 0 | 1 | WndProc | 0 | 1 | 1 | 0 | protected override void WndProc(ref Message m) | 374 | 2613 | ssmedia_lite_manager_source_code.txt | |
| 5 | SSMediaPlayerCommon | 0 | 1 | stopMainPlayer | 0 | 1 | 1 | 0 | public virtual void stopMainPlayer() | 389 | 2634 | ssmedia_lite_manager_source_code.txt | |
| 5 | SSMediaPlayerCommon | 0 | 1 | SetBGPlaying | 0 | 1 | 1 | 0 | protected virtual void SetBGPlaying() | 394 | 2639 | ssmedia_lite_manager_source_code.txt | |
| 5 | SSMediaPlayerCommon | 0 | 1 | SetMainPlaying | 0 | 1 | 1 | 0 | protected virtual void SetMainPlaying() | 398 | 2643 | ssmedia_lite_manager_source_code.txt | |
| 5 | SSMediaPlayerCommon | 0 | 1 | RefreshStop | 0 | 1 | 1 | 0 | protected virtual void RefreshStop(bool stop) | 402 | 2647 | ssmedia_lite_manager_source_code.txt | |
| 5 | SSMediaPlayerCommon | 0 | 1 | initDSPlayers | 0 | 1 | 1 | 0 | protected virtual void initDSPlayers() | 409 | 2655 | ssmedia_lite_manager_source_code.txt | |
| 5 | SSMediaPlayerCommon | 0 | 1 | cleanUp | 0 | 1 | 1 | 0 | public virtual bool cleanUp() | 413 | 2659 | ssmedia_lite_manager_source_code.txt | |
| 5 | SSMediaPlayerCommon | 0 | 1 | InitializeComponent | 0 | 1 | 1 | 0 | private void InitializeComponent() | 430 | 2676 | ssmedia_lite_manager_source_code.txt | |
| 6 | MediaPlayerImpl | 1 | 0 | | | | | | | | | | |
| 7 | LocalCommandReceiver | 0 | 1 | RunQueue | 0 | 1 | 1 | 0 | public static void RunQueue() | 13 | 3279 | playbox_soucce_code.txt | |
| 7 | LocalCommandReceiver | 0 | 1 | Readcmd | 0 | 1 | 1 | 0 | static void Readcmd(int a) | 31 | 3302 | playbox_soucce_code.txt | |
| 7 | LocalCommandReceiver | 0 | 1 | CommandEvt | 0 | 1 | 1 | 0 | static void CommandEvt(object sender, RemoteEventArgs e) | 42 | 3315 | playbox_soucce_code.txt | |
| 8 | LiteManagerReceiver | 0 | 1 | Run | 0 | 1 | 1 | 0 | public static void Run() | 18 | 3342 | playbox_soucce_code.txt | |
| 8 | LiteManagerReceiver | 0 | 1 | Read | 0 | 1 | 1 | 0 | static void Read(TcpClient client) | 47 | 3373 | playbox_soucce_code.txt | |
| 8 | LiteManagerReceiver | 0 | 1 | CommandEvt | 0 | 1 | 1 | 0 | static void CommandEvt(object sender, RemoteEventArgs e) | 66 | 3394 | playbox_soucce_code.txt | |
| 8 | LiteManagerReceiver | 0 | 1 | WriteResponse | 0 | 1 | 1 | 0 | static void WriteResponse(NetworkStream ns, KaraokeCommand cmd) | 71 | 3399 | playbox_soucce_code.txt | |
| 8 | LiteManagerReceiver | 0 | 1 | ReceiveCommand | 0 | 1 | 1 | 0 | static void ReceiveCommand(BinaryReader reader, KaraokeCommand cmd) | 94 | 3422 | playbox_soucce_code.txt | |
| 8 | LiteManagerReceiver | 0 | 1 | logResponse | 0 | 1 | 1 | 0 | static void logResponse(KaraokeCommand cmd) | 124 | 3448 | playbox_soucce_code.txt | |
| 9 | RemoteCommandReceiver | 0 | 1 | Run | 0 | 1 | 1 | 0 | public static void Run() | 18 | 3481 | playbox_soucce_code.txt | |
| 9 | RemoteCommandReceiver | 0 | 1 | Read | 0 | 1 | 1 | 0 | static void Read(TcpClient client) | 49 | 3514 | playbox_soucce_code.txt | |
| 9 | RemoteCommandReceiver | 0 | 1 | CommandEvt | 0 | 1 | 1 | 0 | static void CommandEvt(object sender, RemoteEventArgs e) | 68 | 3535 | playbox_soucce_code.txt | |
| 9 | RemoteCommandReceiver | 0 | 1 | WriteResponse | 0 | 1 | 1 | 0 | static void WriteResponse(NetworkStream ns, KaraokeCommand cmd) | 73 | 3540 | playbox_soucce_code.txt | |
| 9 | RemoteCommandReceiver | 0 | 1 | ReceiveCommand | 0 | 1 | 1 | 0 | static void ReceiveCommand(BinaryReader reader, KaraokeCommand cmd) | 96 | 3563 | playbox_soucce_code.txt | |
| 9 | RemoteCommandReceiver | 0 | 1 | logResponse | 0 | 1 | 1 | 0 | static void logResponse(KaraokeCommand cmd) | 126 | 3589 | playbox_soucce_code.txt | |
| 10 | ControllerEvent | 0 | 1 | CommandHandler | 0 | 1 | 1 | 0 | public delegate void CommandHandler(object sender, RemoteEventArgs e) | 13 | 2903 | playbox_soucce_code.txt | |
| 11 | PlayerController | 0 | 1 | clearInputBuf | 0 | 1 | 1 | 0 | public static void clearInputBuf() | 18 | 2926 | playbox_soucce_code.txt | |
| 11 | PlayerController | 0 | 1 | redirectKeys | 0 | 1 | 1 | 0 | public static void redirectKeys(int k) | 22 | 2929 | playbox_soucce_code.txt | |
| 11 | PlayerController | 0 | 1 | processCommands | 0 | 1 | 1 | 0 | public static void processCommands(KaraokeCommand cmd) | 31 | 2940 | playbox_soucce_code.txt | |
| 11 | PlayerController | 0 | 1 | processRemoteKeys | 0 | 1 | 1 | 0 | public static void processRemoteKeys(KaraokeCommand cmd) | 38 | 2947 | playbox_soucce_code.txt | |
| 11 | PlayerController | 0 | 1 | processLocalKeys | 0 | 1 | 1 | 0 | public static void processLocalKeys(KaraokeCommand cmd) | 111 | 3067 | playbox_soucce_code.txt | |
| 14 | frmController | 0 | 1 | frmController | 0 | 1 | 1 | 0 | public void frmController() | 36 | 35 | playbox_soucce_code.txt | |
| 14 | frmController | 0 | 1 | frmInit | 0 | 1 | 1 | 0 | public void frmInit() | 43 | 42 | playbox_soucce_code.txt | |

Class Method Signature Comparison

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 63 | 14 | frmController | 0 | 1 | frmController_Load | 0 | 1 | 1 | 0 | private void frmController_Load(object sender, EventArgs e) | 52 | 51 | playbox_souece_code.txt | |
| 64 | 14 | frmController | 0 | 1 | readyComponents | 0 | 1 | 1 | 0 | private void readyComponents() | 69 | 68 | playbox_souece_code.txt | |
| 65 | 14 | frmController | 0 | 1 | clearComponents | 0 | 1 | 1 | 0 | private void clearComponents() | 108 | 111 | playbox_souece_code.txt | |
| 66 | 14 | frmController | 0 | 1 | frmController_KeyDown | 0 | 1 | 1 | 0 | private void frmController_KeyDown(object sender, KeyEventArgs e) | 113 | 116 | playbox_souece_code.txt | |
| 67 | 14 | frmController | 0 | 1 | cmdReserveSong | 0 | 1 | 1 | 0 | internal void cmdReserveSong(string songcode, string currentFunction, KaraokeCommand cmd) | 118 | 123 | playbox_souece_code.txt | |
| 68 | 14 | frmController | 0 | 1 | cmdMainKey | 0 | 1 | 1 | 0 | internal void cmdMainKey(KaraokeCommand cmd) | 135 | 140 | playbox_souece_code.txt | |
| 69 | 14 | frmController | 0 | 1 | cmdBackKey | 0 | 1 | 1 | 0 | internal void cmdBackKey(KaraokeCommand cmd) | 143 | 147 | playbox_souece_code.txt | |
| 70 | 14 | frmController | 0 | 1 | cmdResetCurrentFunctionRequest | 0 | 1 | 1 | 0 | internal void cmdResetCurrentFunctionRequest() | 147 | 151 | playbox_souece_code.txt | |
| 71 | 14 | frmController | 0 | 1 | cmdDeleteLastSong | 0 | 1 | 1 | 0 | internal void cmdDeleteLastSong(KaraokeCommand cmd) | 151 | 158 | playbox_souece_code.txt | |
| 72 | 14 | frmController | 0 | 1 | cmdDeleteSong | 0 | 1 | 1 | 0 | internal void cmdDeleteSong(int position) | 160 | 167 | playbox_souece_code.txt | |
| 73 | 14 | frmController | 0 | 1 | cmdCorrectKey | 0 | 1 | 1 | 0 | internal void cmdCorrectKey(KaraokeCommand cmd) | 169 | 176 | playbox_souece_code.txt | |
| 74 | 14 | frmController | 0 | 1 | cmdForward | 0 | 1 | 1 | 0 | internal void cmdForward(KaraokeCommand cmd) | 177 | 184 | playbox_souece_code.txt | |
| 75 | 14 | frmController | 0 | 1 | cmdRepeat | 0 | 1 | 1 | 0 | internal void cmdRepeat(KaraokeCommand cmd) | 188 | 196 | playbox_souece_code.txt | |
| 76 | 14 | frmController | 0 | 1 | cmdTempoSet | 0 | 1 | 1 | 0 | internal int cmdTempoSet(KaraokeCommand cmd) | 198 | 206 | playbox_souece_code.txt | |
| 77 | 14 | frmController | 0 | 1 | cmdTempoUp | 0 | 1 | 1 | 0 | internal int cmdTempoUp(KaraokeCommand cmd) | 210 | 218 | playbox_souece_code.txt | |
| 78 | 14 | frmController | 0 | 1 | cmdTempoDown | 0 | 1 | 1 | 0 | internal int cmdTempoDown(KaraokeCommand cmd) | 221 | 229 | playbox_souece_code.txt | |
| 79 | 14 | frmController | 0 | 1 | cmdPitchSet | 0 | 1 | 1 | 0 | internal int cmdPitchSet(KaraokeCommand cmd) | 232 | 240 | playbox_souece_code.txt | |
| 80 | 14 | frmController | 0 | 1 | cmdPitchUp | 0 | 1 | 1 | 0 | internal int cmdPitchUp(KaraokeCommand cmd) | 244 | 252 | playbox_souece_code.txt | |
| 81 | 14 | frmController | 0 | 1 | cmdPitchDown | 0 | 1 | 1 | 0 | internal int cmdPitchDown(KaraokeCommand cmd) | 255 | 263 | playbox_souece_code.txt | |
| 82 | 14 | frmController | 0 | 1 | cmdStop | 0 | 1 | 1 | 0 | internal void cmdStop(KaraokeCommand cmd) | 266 | 274 | playbox_souece_code.txt | |
| 83 | 14 | frmController | 0 | 1 | cmdTogglePause | 0 | 1 | 1 | 0 | internal void cmdTogglePause(KaraokeCommand cmd) | 275 | 283 | playbox_souece_code.txt | |
| 84 | 14 | frmController | 0 | 1 | cmdAnalog | 0 | 1 | 1 | 0 | internal void cmdAnalog(KaraokeCommand cmd) | 284 | 292 | playbox_souece_code.txt | |
| 85 | 14 | frmController | 0 | 1 | cmdVolumeMute | 0 | 1 | 1 | 0 | internal void cmdVolumeMute(KaraokeCommand cmd) | 293 | 301 | playbox_souece_code.txt | |
| 86 | 14 | frmController | 0 | 1 | cmdVolumeDown | 0 | 1 | 1 | 0 | internal void cmdVolumeDown(KaraokeCommand cmd) | 311 | 323 | playbox_souece_code.txt | |
| 87 | 14 | frmController | 0 | 1 | cmdVolumeUp | 0 | 1 | 1 | 0 | internal void cmdVolumeUp(KaraokeCommand cmd) | 323 | 335 | playbox_souece_code.txt | |
| 88 | 14 | frmController | 0 | 1 | cmdVolumeSet | 0 | 1 | 1 | 0 | internal int cmdVolumeSet(KaraokeCommand cmd) | 335 | 347 | playbox_souece_code.txt | |
| 89 | 14 | frmController | 0 | 1 | cmdRemove | 0 | 1 | 1 | 0 | internal void cmdRemove(KaraokeCommand cmd) | 348 | 360 | playbox_souece_code.txt | |
| 90 | 14 | frmController | 0 | 1 | cmdUpdate | 0 | 1 | 1 | 0 | internal void cmdUpdate(KaraokeCommand cmd) | 356 | 368 | playbox_souece_code.txt | |
| 91 | 14 | frmController | 0 | 1 | cmdQuery | 0 | 1 | 1 | 0 | internal void cmdQuery(KaraokeCommand cmd) | 369 | 381 | playbox_souece_code.txt | |
| 92 | 14 | frmController | 0 | 1 | cmdAssistance | 0 | 1 | 1 | 0 | internal void cmdAssistance(KaraokeCommand cmd) | 418 | 442 | playbox_souece_code.txt | |
| 93 | 14 | frmController | 0 | 1 | cmdMove | 0 | 1 | 1 | 0 | internal void cmdMove(KaraokeCommand cmd) | 424 | 449 | playbox_souece_code.txt | |
| 94 | 14 | frmController | 0 | 1 | cmdSetInputMessage | 0 | 1 | 1 | 0 | internal void cmdSetInputMessage(string keybuf) | 433 | 458 | playbox_souece_code.txt | |
| 95 | 14 | frmController | 0 | 1 | cmdResetPlayer | 0 | 1 | 1 | 0 | internal void cmdResetPlayer() | 439 | 464 | playbox_souece_code.txt | |
| 96 | 14 | frmController | 0 | 1 | cmdPlayNext | 0 | 1 | 1 | 0 | internal void cmdPlayNext(object sender, EventArgs e) | 443 | 468 | playbox_souece_code.txt | |
| 97 | 14 | frmController | 0 | 1 | cmdMaxPlayerSize | 0 | 1 | 1 | 0 | internal void cmdMaxPlayerSize() | 447 | 475 | playbox_souece_code.txt | |
| 98 | 14 | frmController | 0 | 1 | cmdReducePlayerSize | 0 | 1 | 1 | 0 | internal void cmdReducePlayerSize() | 451 | 482 | playbox_souece_code.txt | |
| 99 | 14 | frmController | 0 | 1 | cmdClearQueue | 0 | 1 | 1 | 0 | internal void cmdClearQueue() | 455 | 489 | playbox_souece_code.txt | |
| 100 | 14 | frmController | 0 | 1 | clearQueue | 0 | 1 | 1 | 0 | private void clearQueue() | 459 | 496 | playbox_souece_code.txt | |
| 101 | 14 | frmController | 0 | 1 | cmdStopLocalSession | 0 | 1 | 1 | 0 | internal void cmdStopLocalSession() | 463 | 500 | playbox_souece_code.txt | |
| 102 | 14 | frmController | 0 | 1 | cmdStartLocalSession | 0 | 1 | 1 | 0 | internal void cmdStartLocalSession() | 471 | 508 | playbox_souece_code.txt | |
| 103 | 14 | frmController | 0 | 1 | reserveSong | 0 | 1 | 1 | 0 | private void reserveSong(string songcode, string currentFunction, string Requestor) | 479 | 518 | playbox_souece_code.txt | |
| 104 | 14 | frmController | 0 | 1 | toggleAnalog | 0 | 1 | 1 | 0 | internal void toggleAnalog() | 511 | 556 | playbox_souece_code.txt | |
| 105 | 14 | frmController | 0 | 1 | stopPlayer | 0 | 1 | 1 | 0 | private void stopPlayer(bool dispScore, bool next) | 530 | 575 | playbox_souece_code.txt | |
| 106 | 14 | frmController | 0 | 1 | playNext | 0 | 1 | 1 | 0 | private void playNext(object sender, EventArgs e) | 548 | 595 | playbox_souece_code.txt | |
| 107 | 14 | frmController | 0 | 1 | pausePlay | 0 | 1 | 1 | 0 | private void pausePlay() | 602 | 659 | playbox_souece_code.txt | |
| 108 | 14 | frmController | 0 | 1 | playRestart | 0 | 1 | 1 | 0 | private bool playRestart() | 607 | 664 | playbox_souece_code.txt | |
| 109 | 14 | frmController | 0 | 1 | maxPlayerSize | 0 | 1 | 1 | 0 | private void maxPlayerSize() | 611 | 668 | playbox_souece_code.txt | |
| 110 | 14 | frmController | 0 | 1 | reducePlayerSize | 0 | 1 | 1 | 0 | private void reducePlayerSize() | 616 | 673 | playbox_souece_code.txt | |
| 111 | 14 | frmController | 0 | 1 | setInputMessage | 0 | 1 | 1 | 0 | private void setInputMessage(string keybuf) | 621 | 678 | playbox_souece_code.txt | |
| 112 | 14 | frmController | 0 | 1 | resetPlayer | 0 | 1 | 1 | 0 | private void resetPlayer() | 625 | 682 | playbox_souece_code.txt | |
| 113 | 14 | frmController | 0 | 1 | removeLastSong | 0 | 1 | 1 | 0 | private void removeLastSong() | 639 | 696 | playbox_souece_code.txt | |
| 114 | 14 | frmController | 0 | 1 | removeSongAt | 0 | 1 | 1 | 0 | private void removeSongAt(int position) | 645 | 702 | playbox_souece_code.txt | |
| 115 | 14 | frmController | 0 | 1 | moveSong | 0 | 1 | 1 | 0 | private void moveSong(int oldPosition, int newPosition) | 651 | 708 | playbox_souece_code.txt | |
| 116 | 14 | frmController | 0 | 1 | timerTopMsgClear | 0 | 1 | 0 | 1 | private void timerTopMsgClear(object stateInfo) | 667 | 722 | playbox_souece_code.txt | private void timerTopMsgClear(Object stateInfo) |
| 117 | 14 | frmController | 0 | 1 | clearTopSongInfo | 0 | 1 | 1 | 0 | private void clearTopSongInfo() | 672 | 728 | playbox_souece_code.txt | |
| 118 | 14 | frmController | 0 | 1 | updateSongLabels | 0 | 1 | 1 | 0 | private void updateSongLabels() | 676 | 732 | playbox_souece_code.txt | |
| 119 | 14 | frmController | 0 | 1 | hideBGVideo | 0 | 1 | 1 | 0 | private void hideBGVideo() | 680 | 736 | playbox_souece_code.txt | |
| 120 | 14 | frmController | 0 | 1 | startBGVideo | 0 | 1 | 1 | 0 | private void startBGVideo() | 685 | 741 | playbox_souece_code.txt | |
| 121 | 14 | frmController | 0 | 1 | displayScore | 0 | 1 | 1 | 0 | private void displayScore(int min, int max) | 690 | 746 | playbox_souece_code.txt | |
| 122 | 14 | frmController | 0 | 1 | setBottomMessage | 0 | 1 | 1 | 0 | private void setBottomMessage(string msg, int duration, bool force) | 695 | 751 | playbox_souece_code.txt | |
| 123 | 14 | frmController | 0 | 1 | setPlayerActive | 0 | 1 | 1 | 0 | public void setPlayerActive() | 713 | 774 | playbox_souece_code.txt | |
| 124 | 14 | frmController | 0 | 1 | timerSongQueuePoll_Tick | 0 | 1 | 1 | 0 | public void timerSongQueuePoll_Tick(object sender, EventArgs e) | 717 | 778 | playbox_souece_code.txt | |
| 125 | 14 | frmController | 0 | 1 | timer1_Tick_1 | 0 | 1 | 1 | 0 | private void timer1_Tick_1(object sender, EventArgs e) | 740 | 806 | playbox_souece_code.txt | |
| 126 | 14 | frmController | 0 | 1 | resetCurrentFunctionRequest | 0 | 1 | 1 | 0 | private void resetCurrentFunction() | 749 | 816 | playbox_souece_code.txt | |
| 127 | 14 | frmController | 0 | 1 | getMessageFromPOS | 0 | 1 | 1 | 0 | private string getMessageFromPOS() | 754 | 821 | playbox_souece_code.txt | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 128 | 14 | frmController | 0 | 1 | btnTest_Click | 0 | 1 | 1 | 0 | private void btnTest_Click(object sender, EventArgs e) | 780 | 852 | playbox_souece_code.txt | |
| 129 | 14 | frmController | 0 | 1 | checkSessionOpen | 0 | 1 | 1 | 0 | private bool checkSessionOpen() | 784 | 859 | playbox_souece_code.txt | |
| 130 | 14 | frmController | 0 | 1 | startLocalSession | 0 | 1 | 1 | 0 | private void startLocalSession() | 823 | 907 | playbox_souece_code.txt | |
| 131 | 14 | frmController | 0 | 1 | stopLocalSession | 0 | 1 | 1 | 0 | private void stopLocalSession() | 831 | 916 | playbox_souece_code.txt | |
| 132 | 14 | frmController | 0 | 1 | exitSSKMS | 0 | 1 | 1 | 0 | internal void exitSSKMS() | 842 | 930 | playbox_souece_code.txt | |
| 133 | 14 | frmController | 0 | 1 | isMainPlaying | 0 | 1 | 1 | 0 | internal bool isMainPlaying() | 860 | 950 | playbox_souece_code.txt | |
| 134 | 14 | frmController | 0 | 1 | isMediaPlaying | 0 | 1 | 1 | 0 | internal bool isMediaPlaying() | 864 | 954 | playbox_souece_code.txt | |
| 135 | 14 | frmController | 0 | 1 | isMediaPaused | 0 | 1 | 1 | 0 | internal bool isMediaPaused() | 868 | 962 | playbox_souece_code.txt | |
| 136 | 14 | frmController | 0 | 1 | BringMessageFormFront | 0 | 1 | 1 | 0 | internal void BringMessageFormFront() | 872 | 970 | playbox_souece_code.txt | |
| 137 | 14 | frmController | 0 | 1 | BringMessageFormPOP | 0 | 1 | 1 | 0 | internal void BringMessageFormPOP() | 876 | 977 | playbox_souece_code.txt | |
| 138 | 14 | frmController | 0 | 1 | SongQueueTimerStart | 0 | 1 | 1 | 0 | internal void SongQueueTimerStart() | 880 | 984 | playbox_souece_code.txt | |
| 139 | 14 | frmController | 0 | 1 | Dispose | 0 | 1 | 1 | 0 | protected override void Dispose(bool disposing) | 885 | 999 | playbox_souece_code.txt | |
| 140 | 14 | frmController | 0 | 1 | InitializeComponent | 0 | 1 | 1 | 0 | private void InitializeComponent() | 891 | 1008 | playbox_souece_code.txt | |
| 141 | 14 | frmController | 0 | 1 | PlayNextHandler | 0 | 1 | 1 | 0 | public delegate void PlayNextHandler(object sender, EventArgs e) | 917 | 23 | playbox_souece_code.txt | |
| 142 | 14 | frmController | 0 | 1 | updateSongInfoLabel | 0 | 1 | 1 | 0 | private delegate void updateSongInfoLabel() | 918 | 27 | playbox_souece_code.txt | |
| 143 | 15 | frmRemoteController | 0 | 1 | frmRemoteController | 0 | 1 | 1 | 0 | public frmRemoteController() | 77 | 1069 | playbox_souece_code.txt | |
| 144 | 15 | frmRemoteController | 0 | 1 | frmController_Load | 0 | 1 | 1 | 0 | private void frmController_Load(object sender, EventArgs e) | 82 | 1074 | playbox_souece_code.txt | |
| 145 | 15 | frmRemoteController | 0 | 1 | button1_Click | 0 | 1 | 1 | 0 | private void button1_Click(object sender, EventArgs e) | 85 | 1078 | playbox_souece_code.txt | |
| 146 | 15 | frmRemoteController | 0 | 1 | button2_Click | 0 | 1 | 1 | 0 | private void button2_Click(object sender, EventArgs e) | 88 | 1081 | playbox_souece_code.txt | |
| 147 | 15 | frmRemoteController | 0 | 1 | button3_Click | 0 | 1 | 1 | 0 | private void button3_Click(object sender, EventArgs e) | 91 | 1084 | playbox_souece_code.txt | |
| 148 | 15 | frmRemoteController | 0 | 1 | button4_Click | 0 | 1 | 1 | 0 | private void button4_Click(object sender, EventArgs e) | 94 | 1087 | playbox_souece_code.txt | |
| 149 | 15 | frmRemoteController | 0 | 1 | button5_Click | 0 | 1 | 1 | 0 | private void button5_Click(object sender, EventArgs e) | 97 | 1090 | playbox_souece_code.txt | |
| 150 | 15 | frmRemoteController | 0 | 1 | button7_Click | 0 | 1 | 1 | 0 | private void button7_Click(object sender, EventArgs e) | 100 | 1093 | playbox_souece_code.txt | |
| 151 | 15 | frmRemoteController | 0 | 1 | button8_Click | 0 | 1 | 1 | 0 | private void button8_Click(object sender, EventArgs e) | 103 | 1096 | playbox_souece_code.txt | |
| 152 | 15 | frmRemoteController | 0 | 1 | button9_Click | 0 | 1 | 1 | 0 | private void button9_Click(object sender, EventArgs e) | 106 | 1099 | playbox_souece_code.txt | |
| 153 | 15 | frmRemoteController | 0 | 1 | button6_Click | 0 | 1 | 1 | 0 | private void button6_Click(object sender, EventArgs e) | 109 | 1102 | playbox_souece_code.txt | |
| 154 | 15 | frmRemoteController | 0 | 1 | button10_Click | 0 | 1 | 1 | 0 | private void button10_Click(object sender, EventArgs e) | 112 | 1105 | playbox_souece_code.txt | |
| 155 | 15 | frmRemoteController | 0 | 1 | button11_Click | 0 | 1 | 1 | 0 | private void button11_Click(object sender, EventArgs e) | 115 | 1108 | playbox_souece_code.txt | |
| 156 | 15 | frmRemoteController | 0 | 1 | btnEnter_Click | 0 | 1 | 1 | 0 | private void btnEnter_Click(object sender, EventArgs e) | 118 | 1111 | playbox_souece_code.txt | |
| 157 | 15 | frmRemoteController | 0 | 1 | btnExit_Click_1 | 0 | 1 | 1 | 0 | private void btnExit_Click_1(object sender, EventArgs e) | 122 | 1115 | playbox_souece_code.txt | |
| 158 | 15 | frmRemoteController | 0 | 1 | buttonKey_Click | 0 | 1 | 1 | 0 | private void buttonKey_Click(object sender, EventArgs e) | 126 | 1119 | playbox_souece_code.txt | |
| 159 | 15 | frmRemoteController | 0 | 1 | Dispose | 0 | 1 | 1 | 0 | protected override void Dispose(bool disposing) | 130 | 1132 | playbox_souece_code.txt | |
| 160 | 15 | frmRemoteController | 0 | 1 | InitializeComponent | 0 | 1 | 1 | 0 | private void InitializeComponent() | 136 | 1141 | playbox_souece_code.txt | |
| 161 | 15 | frmRemoteController | 0 | 1 | PlayNextHandler | 0 | 1 | 1 | 0 | public delegate void PlayNextHandler(object sender, EventArgs e) | 651 | 1059 | playbox_souece_code.txt | |
| 162 | 15 | frmRemoteController | 0 | 1 | updateSongInfoLabel | 0 | 1 | 1 | 0 | private delegate void updateSongInfoLabel() | 652 | 1065 | playbox_souece_code.txt | |
| 163 | 16 | frmMainMessage | 0 | 1 | setUiFeedback | 0 | 1 | 1 | 0 | public bool setUIFeedback(UIControlMode conmode, int level, string command, bool isInfo) | 51 | 3628 | playbox_souece_code.txt | |
| 164 | 16 | frmMainMessage | 0 | 1 | frmMainMessage | 0 | 1 | 1 | 0 | public frmMainMessage() | 91 | 3670 | playbox_souece_code.txt | |
| 165 | 16 | frmMainMessage | 0 | 1 | frmMainMessage_Load | 0 | 1 | 1 | 0 | private void frmMainMessage_Load(object sender, EventArgs e) | 115 | 3694 | playbox_souece_code.txt | |
| 166 | 16 | frmMainMessage | 0 | 1 | SendBackForm | 0 | 1 | 1 | 0 | public void SendBackForm() | 130 | 3709 | playbox_souece_code.txt | |
| 167 | 16 | frmMainMessage | 0 | 1 | BringFrontForm | 0 | 1 | 1 | 0 | public void BringFrontForm() | 134 | 3713 | playbox_souece_code.txt | |
| 168 | 16 | frmMainMessage | 0 | 1 | BringTopMostForm | 0 | 1 | 1 | 0 | public void BringTopMostForm() | 140 | 3719 | playbox_souece_code.txt | |
| 169 | 16 | frmMainMessage | 0 | 1 | setSongQueueMsg | 0 | 1 | 1 | 0 | public void setSongQueueMsg(SongQueue songEntries) | 210 | 3761 | playbox_souece_code.txt | |
| 170 | 16 | frmMainMessage | 0 | 1 | setSongCurrent | 0 | 1 | 1 | 0 | public void setSongCurrent(t_SongQueue songCurrent) | 236 | 3787 | playbox_souece_code.txt | |
| 171 | 16 | frmMainMessage | 0 | 1 | Start | 0 | 1 | 1 | 0 | public void Start(IWin32Window boss) | 241 | 3792 | playbox_souece_code.txt | |
| 172 | 16 | frmMainMessage | 0 | 1 | timerSetBottomLabel | 0 | 1 | 0 | 1 | private void timerSetBottomLabel(object stateInfo) | 246 | 3797 | playbox_souece_code.txt | private void timerSetBottomLabel(Object stateInfo) |
| 173 | 16 | frmMainMessage | 0 | 1 | setBottomLabel | 0 | 1 | 1 | 0 | private void setBottomLabel() | 252 | 3803 | playbox_souece_code.txt | |
| 174 | 16 | frmMainMessage | 0 | 1 | getMessageFromPOS | 0 | 1 | 1 | 0 | public string getMessageFromPOS() | 261 | 3813 | playbox_souece_code.txt | |
| 175 | 16 | frmMainMessage | 0 | 1 | timerBottomBlink_Tick | 0 | 1 | 1 | 0 | private void timerBottomBlink_Tick(object sender, EventArgs e) | 265 | 3820 | playbox_souece_code.txt | |
| 176 | 16 | frmMainMessage | 0 | 1 | displayScore | 0 | 1 | 1 | 0 | public void displayScore(int min, int max) | 278 | 3836 | playbox_souece_code.txt | |
| 177 | 16 | frmMainMessage | 0 | 1 | timerScore_Tick | 0 | 1 | 1 | 0 | private void timerScore_Tick(object sender, EventArgs e) | 291 | 3857 | playbox_souece_code.txt | |
| 178 | 16 | frmMainMessage | 0 | 1 | timerUIFeedback_Tick | 0 | 1 | 1 | 0 | private void timerUIFeedback_Tick(object sender, EventArgs e) | 299 | 3865 | playbox_souece_code.txt | |
| 179 | 16 | frmMainMessage | 0 | 1 | setRoomDurationGuestCnt | 0 | 1 | 1 | 0 | public void setRoomDurationGuestCnt() | 314 | 3878 | playbox_souece_code.txt | |
| 180 | 16 | frmMainMessage | 0 | 1 | frmMainMessage_KeyDown | 0 | 1 | 1 | 0 | private void frmMainMessage_KeyDown(object sender, KeyEventArgs e) | 338 | 3901 | playbox_souece_code.txt | |
| 181 | 16 | frmMainMessage | 0 | 1 | Dispose | 0 | 1 | 1 | 0 | protected override void Dispose(bool disposing) | 343 | 3913 | playbox_souece_code.txt | |
| 182 | 16 | frmMainMessage | 0 | 1 | InitializeComponent | 0 | 1 | 1 | 0 | private void InitializeComponent() | 349 | 3922 | playbox_souece_code.txt | |
| 183 | 16 | frmMainMessage | 0 | 1 | updateGuestCountDuration | 0 | 1 | 1 | 0 | private delegate void updateGuestCountDuration() | 643 | 3624 | playbox_souece_code.txt | |
| 184 | 16 | frmMainMessage | 0 | 1 | updateBottomMessage | 0 | 1 | 1 | 0 | private delegate void updateBottomMessage() | 644 | 3624 | playbox_souece_code.txt | |
| 185 | 17 | frmMainMessageBar | 0 | 1 | setUiFeedback | 0 | 1 | 1 | 0 | public bool setUIFeedback(UIControlMode conmode, int level, string command, bool isInfo) | 39 | 1855 | playbox_souece_code.txt | |
| 186 | 17 | frmMainMessageBar | 0 | 1 | frmMainMessageBar | 0 | 1 | 1 | 0 | public frmMainMessageBar() | 79 | 1896 | playbox_souece_code.txt | |
| 187 | 17 | frmMainMessageBar | 0 | 1 | frmMainMessageBar_Load | 0 | 1 | 1 | 0 | private void frmMainMessageBar_Load(object sender, EventArgs e) | 92 | 1909 | playbox_souece_code.txt | |
| 188 | 17 | frmMainMessageBar | 0 | 1 | SendBackForm | 0 | 1 | 1 | 0 | public void SendBackForm() | 107 | 1924 | playbox_souece_code.txt | |
| 189 | 17 | frmMainMessageBar | 0 | 1 | BringFrontForm | 0 | 1 | 1 | 0 | public void BringFrontForm() | 111 | 1928 | playbox_souece_code.txt | |
| 190 | 17 | frmMainMessageBar | 0 | 1 | BringTopMostForm | 0 | 1 | 1 | 0 | public void BringTopMostForm() | 117 | 1934 | playbox_souece_code.txt | |
| 191 | 17 | frmMainMessageBar | 0 | 1 | setSongQueueMsg | 0 | 1 | 1 | 0 | public void setSongQueueMsg(SongQueue songEntries) | 175 | 1967 | playbox_souece_code.txt | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 192 | 17 | frmMainMessageBar | 0 | 1 | setSongCurrent | 0 | 1 | 1 | 0 | public void setSongCurrent(t_SongQueue songCurrent) | 189 | 1981 | playbox_soucec_code.txt | |
| 193 | 17 | frmMainMessageBar | 0 | 1 | Start | 0 | 1 | 1 | 0 | public void Start(IWin32Window boss) | 196 | 1987 | playbox_soucec_code.txt | |
| 194 | 17 | frmMainMessageBar | 0 | 1 | timerSetBottomLabel | 0 | 1 | 0 | 1 | private void timerSetBottomLabel(object stateInfo) | 201 | 1992 | playbox_soucec_code.txt | private void timerSetBottomLabel(Object stateInfo) |
| 195 | 17 | frmMainMessageBar | 0 | 1 | setBottomLabel | 0 | 1 | 1 | 0 | private void setBottomLabel() | 207 | 1998 | playbox_soucec_code.txt | |
| 196 | 17 | frmMainMessageBar | 0 | 1 | timerBottomBlink_Tick | 0 | 1 | 1 | 0 | private void timerBottomBlink_Tick(object sender, EventArgs e) | 216 | 2008 | playbox_soucec_code.txt | |
| 197 | 17 | frmMainMessageBar | 0 | 1 | displayScore | 0 | 1 | 1 | 0 | public void displayScore(int min, int max) | 223 | 2019 | playbox_soucec_code.txt | |
| 198 | 17 | frmMainMessageBar | 0 | 1 | timerScore_Tick | 0 | 1 | 1 | 0 | private void timerScore_Tick(object sender, EventArgs e) | 237 | 2041 | playbox_soucec_code.txt | |
| 199 | 17 | frmMainMessageBar | 0 | 1 | timerUIFeedback_Tick | 0 | 1 | 1 | 0 | private void timerUIFeedback_Tick(object sender, EventArgs e) | 246 | 2050 | playbox_soucec_code.txt | |
| 200 | 17 | frmMainMessageBar | 0 | 1 | setRoomDurationGuestCnt | 0 | 1 | 1 | 0 | public void setRoomDurationGuestCnt() | 261 | 2063 | playbox_soucec_code.txt | |
| 201 | 17 | frmMainMessageBar | 0 | 1 | frmMainMessageBar_KeyDown | 0 | 1 | 1 | 0 | private void frmMainMessageBar_KeyDown(object sender, KeyEventArgs e) | 264 | 2067 | playbox_soucec_code.txt | |
| 202 | 17 | frmMainMessageBar | 0 | 1 | Dispose | 0 | 1 | 1 | 0 | protected override void Dispose(bool disposing) | 269 | 2079 | playbox_soucec_code.txt | |
| 203 | 17 | frmMainMessageBar | 0 | 1 | InitializeComponent | 0 | 1 | 1 | 0 | private void InitializeComponent() | 275 | 2088 | playbox_soucec_code.txt | |
| 204 | 17 | frmMainMessageBar | 0 | 1 | updateGuestCountDuration | 0 | 1 | 1 | 0 | private delegate void updateGuestCountDuration() | 440 | 1849 | playbox_soucec_code.txt | |
| 205 | 17 | frmMainMessageBar | 0 | 1 | updateBottomMessage | 0 | 1 | 1 | 0 | private delegate void updateBottomMessage() | 441 | 1851 | playbox_soucec_code.txt | |
| 206 | 19 | ucUIFeedBack | 0 | 1 | ucUIFeedBack | 0 | 1 | 1 | 0 | public ucUIFeedBack() | 20 | 2700 | ssmedia_lite_manager_source_code.txt | |
| 207 | 19 | ucUIFeedBack | 0 | 1 | setMode | 0 | 1 | 1 | 0 | public bool setMode(UIControlMode conmode, int level, string command) | 24 | 2704 | ssmedia_lite_manager_source_code.txt | |
| 208 | 19 | ucUIFeedBack | 0 | 1 | setModeNone | 0 | 1 | 1 | 0 | private void setModeNone() | 46 | 2726 | ssmedia_lite_manager_source_code.txt | |
| 209 | 19 | ucUIFeedBack | 0 | 1 | setModeOn | 0 | 1 | 1 | 0 | private void setModeOn() | 52 | 2732 | ssmedia_lite_manager_source_code.txt | |
| 210 | 19 | ucUIFeedBack | 0 | 1 | setModePitch | 0 | 1 | 1 | 0 | private void setModePitch(int level) | 58 | 2738 | ssmedia_lite_manager_source_code.txt | |
| 211 | 19 | ucUIFeedBack | 0 | 1 | setmodeTempo | 0 | 1 | 1 | 0 | private void setmodeTempo(int level) | 117 | 2802 | ssmedia_lite_manager_source_code.txt | |
| 212 | 19 | ucUIFeedBack | 0 | 1 | setModeCommand | 0 | 1 | 1 | 0 | private void setModeCommand(string cmd) | 129 | 2817 | ssmedia_lite_manager_source_code.txt | |
| 213 | 19 | ucUIFeedBack | 0 | 1 | setModeVolume | 0 | 1 | 1 | 0 | private void setModeVolume(int level) | 135 | 2823 | ssmedia_lite_manager_source_code.txt | |
| 214 | 19 | ucUIFeedBack | 0 | 1 | Dispose | 0 | 1 | 1 | 0 | protected override void Dispose(bool disposing) | 150 | 2860 | ssmedia_lite_manager_source_code.txt | |
| 215 | 19 | ucUIFeedBack | 0 | 1 | InitializeComponent | 0 | 1 | 1 | 0 | private void InitializeComponent() | 156 | 2869 | ssmedia_lite_manager_source_code.txt | |
| 216 | 20 | frmWMediaPlayer | 0 | 1 | frmWMediaPlayer | 0 | 1 | 1 | 0 | public frmWMediaPlayer() | 19 | 4267 | playbox_soucec_code.txt | |
| 217 | 20 | frmWMediaPlayer | 0 | 1 | frmWMediaPlayer_Load | 0 | 1 | 1 | 0 | private void frmWMediaPlayer_Load(object sender, EventArgs e) | 25 | 4273 | playbox_soucec_code.txt | |
| 218 | 20 | frmWMediaPlayer | 0 | 1 | Start | 0 | 1 | 1 | 0 | public override void Start(IWin32Window boss) | 31 | 4279 | playbox_soucec_code.txt | |
| 219 | 20 | frmWMediaPlayer | 0 | 1 | playBG | 0 | 1 | 1 | 0 | public override bool playBG(bool start) | 36 | 4284 | playbox_soucec_code.txt | |
| 220 | 20 | frmWMediaPlayer | 0 | 1 | SetBGPlaying | 0 | 1 | 1 | 0 | protected override void SetBGPlaying() | 52 | 4300 | playbox_soucec_code.txt | |
| 221 | 20 | frmWMediaPlayer | 0 | 1 | SetMainPlaying | 0 | 1 | 1 | 0 | protected override void SetMainPlaying() | 59 | 4307 | playbox_soucec_code.txt | |
| 222 | 20 | frmWMediaPlayer | 0 | 1 | cleanUp | 0 | 1 | 1 | 0 | public override bool cleanUp() | 66 | 4314 | playbox_soucec_code.txt | |
| 223 | 20 | frmWMediaPlayer | 0 | 1 | frmWMediaPlayer_KeyDown | 0 | 1 | 1 | 0 | private void frmWMediaPlayer_KeyDown(object sender, KeyEventArgs e) | 81 | 4329 | playbox_soucec_code.txt | |
| 224 | 20 | frmWMediaPlayer | 0 | 1 | Dispose | 0 | 1 | 1 | 0 | protected override void Dispose(bool disposing) | 86 | 4341 | playbox_soucec_code.txt | |
| 225 | 20 | frmWMediaPlayer | 0 | 1 | InitializeComponent | 0 | 1 | 1 | 0 | private void InitializeComponent() | 92 | 4350 | playbox_soucec_code.txt | |
| 226 | 21 | frmWMediaPlayerBar | 0 | 1 | frmWMediaPlayerBar | 0 | 1 | 1 | 0 | public frmWMediaPlayerBar() | 19 | 2292 | playbox_soucec_code.txt | |
| 227 | 21 | frmWMediaPlayerBar | 0 | 1 | initDSPlayers | 0 | 1 | 1 | 0 | protected override void initDSPlayers() | 24 | 2297 | playbox_soucec_code.txt | |
| 228 | 21 | frmWMediaPlayerBar | 0 | 1 | frmWMediaPlayerBar_Load | 0 | 1 | 1 | 0 | private void frmWMediaPlayerBar_Load(object sender, EventArgs e) | 29 | 2302 | playbox_soucec_code.txt | |
| 229 | 21 | frmWMediaPlayerBar | 0 | 1 | Start | 0 | 1 | 1 | 0 | public override void Start(IWin32Window boss) | 36 | 2309 | playbox_soucec_code.txt | |
| 230 | 21 | frmWMediaPlayerBar | 0 | 1 | playBG | 0 | 1 | 1 | 0 | public override bool playBG(bool start) | 42 | 2315 | playbox_soucec_code.txt | |
| 231 | 21 | frmWMediaPlayerBar | 0 | 1 | SetBGPlaying | 0 | 1 | 1 | 0 | protected override void SetBGPlaying() | 58 | 2331 | playbox_soucec_code.txt | |
| 232 | 21 | frmWMediaPlayerBar | 0 | 1 | SetMainPlaying | 0 | 1 | 1 | 0 | protected override void SetMainPlaying() | 65 | 2338 | playbox_soucec_code.txt | |
| 233 | 21 | frmWMediaPlayerBar | 0 | 1 | cleanUp | 0 | 1 | 1 | 0 | public override bool cleanUp() | 72 | 2345 | playbox_soucec_code.txt | |
| 234 | 21 | frmWMediaPlayerBar | 0 | 1 | frmWMediaPlayerBar_KeyDown | 0 | 1 | 1 | 0 | private void frmWMediaPlayerBar_KeyDown(object sender, KeyEventArgs e) | 87 | 2360 | playbox_soucec_code.txt | |
| 235 | 21 | frmWMediaPlayerBar | 0 | 1 | Dispose | 0 | 1 | 1 | 0 | protected override void Dispose(bool disposing) | 92 | 2372 | playbox_soucec_code.txt | |
| 236 | 21 | frmWMediaPlayerBar | 0 | 1 | InitializeComponent | 0 | 1 | 1 | 0 | private void InitializeComponent() | 98 | 2381 | playbox_soucec_code.txt | |
| 237 | 22 | sskmsSplash | 0 | 1 | sskmsSplash | 0 | 1 | 1 | 0 | public sskmsSplash() | 24 | 2814 | playbox_soucec_code.txt | |
| 238 | 22 | sskmsSplash | 0 | 1 | isSplashFinished | 0 | 1 | 1 | 0 | public static bool isSplashFinished() | 28 | 2823 | playbox_soucec_code.txt | |
| 239 | 22 | sskmsSplash | 0 | 1 | ShowForm | 0 | 1 | 1 | 0 | public static void ShowForm() | 32 | 2827 | playbox_soucec_code.txt | |
| 240 | 22 | sskmsSplash | 0 | 1 | CloseForm | 0 | 1 | 1 | 0 | public static void CloseForm() | 39 | 2834 | playbox_soucec_code.txt | |
| 241 | 22 | sskmsSplash | 0 | 1 | ShowSplashScreen | 0 | 1 | 1 | 0 | public static void ShowSplashScreen() | 43 | 2838 | playbox_soucec_code.txt | |
| 242 | 22 | sskmsSplash | 0 | 1 | CloseSplashForm | 0 | 1 | 1 | 0 | public static void CloseSplashForm() | 52 | 2847 | playbox_soucec_code.txt | |
| 243 | 22 | sskmsSplash | 0 | 1 | timer1_Tick | 0 | 1 | 1 | 0 | static void timer1_Tick(object sender, EventArgs e) | 56 | 2851 | playbox_soucec_code.txt | |
| 244 | 22 | sskmsSplash | 0 | 1 | sskmsSplash_Load | 0 | 1 | 1 | 0 | private void sskmsSplash_Load(object sender, EventArgs e) | 81 | 2877 | playbox_soucec_code.txt | |
| 245 | 22 | sskmsSplash | 0 | 1 | Dispose | 1 | 0 | | | | | | | |
| 246 | 22 | sskmsSplash | 0 | 1 | InitializeComponent | 1 | 0 | | | | | | | |
| 247 | 23 | Program | 0 | 1 | Main | 0 | 1 | 1 | 0 | public static void Main() | 18 | 1733 | playbox_soucec_code.txt | |
| 248 | 24 | KeyIntercept | 0 | 1 | startInterceptKey | 0 | 1 | 1 | 0 | public static void startInterceptKey(object obj) | 17 | 2702 | playbox_soucec_code.txt | |
| 249 | 24 | KeyIntercept | 0 | 1 | stopInterceptKey | 0 | 1 | 1 | 0 | public static void stopInterceptKey() | 28 | 2713 | playbox_soucec_code.txt | |
| 250 | 24 | KeyIntercept | 0 | 1 | SetHook | 0 | 1 | 1 | 0 | static IntPtr SetHook(LowLevelKeyboardProc proc) | 33 | 2718 | playbox_soucec_code.txt | |
| 251 | 24 | KeyIntercept | 0 | 1 | HookCallback | 0 | 1 | 1 | 0 | static IntPtr HookCallback(int nCode, IntPtr wParam, IntPtr lParam) | 41 | 2728 | playbox_soucec_code.txt | |
| 252 | 24 | KeyIntercept | 0 | 1 | LowLevelKeyboardProc | 0 | 1 | 1 | 0 | private delegate IntPtr LowLevelKeyboardProc(int nCode, IntPtr wParam, IntPtr lParam) | 56 | 2727 | playbox_soucec_code.txt | |
| 253 | 28 | Util | 0 | 1 | ConvertUsToVolume | 0 | 1 | 1 | 0 | public static int ConvertUsToVolume(int level) | 10 | 2949 | ssmedia_lite_manager_source_code.txt | |
| 254 | 28 | Util | 0 | 1 | ConvertVolumeToUs | 0 | 1 | 1 | 0 | public static int ConvertVolumeToUs(int level) | 19 | 2960 | ssmedia_lite_manager_source_code.txt | |

Class Method Signature Comparison

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | D class NOT found in P | D class found in P | | D method NOT found in P | D method found in P | identical method signature | not identical method signature | | D method lineNo start | P method lineNo start - if found | | |
| 255 | Seq | D class | | | D method | | | | | D sig | | | P fName - if found | P sig (if found but not identical) |
| 256 | | TOTALS | 1 | 252 | | 2 | 250 | 247 | 3 | | | | | |