UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
KMS TECH, INC.,

                      Plaintiff,                      **20-CV-01041 (GBD) (VF)**

      -against-                            **ORDER**

G MISSION INC. et al.,

                      Defendants.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      On December 30, 2024, the Court granted the motion by Defendants' former counsel to withdraw and set February 1, 2025 as the deadline for new counsel to appear. ECF No. 186. New counsel did not appear, and the Court extended the deadline to March 17, 2025. ECF No. 187. The Court then granted another *sua sponte* extension, giving new counsel until April 15, 2025 to appear in the action. ECF No. 188. To date, no counsel has appeared for Defendants.

      Although Defendant Jake Kwak can appear pro se, G Mission Inc., a corporate entity cannot. Kwak, however, failed to attend the last scheduled conference on February 20, 2025 (see ECF No. 181), and has not otherwise advised the Court of whether he intends to participate and defend the action. Kwak is warned that the failure to defend the action can result in the entry of a default judgment. G Mission Inc. has already been warned that it cannot be unrepresented and the failure to retain counsel can result in the entry of a default judgment. See ECF Nos. 186-88. Given Defendants' complete failure to participate in this action since December 30, 2024, Plaintiff is directed to seek a certificate of default from the Clerk of Court by **May 26, 2025**. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 189.

    **SO ORDERED.**

DATED:   New York, New York
             May 7, 2025

                                                                             _____
                                                                           VALERIE FIGUEREDO
                                                                           United States Magistrate Judge