**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
KMS TECH, INC.,

                            Plaintiff,                  **20-CV-01041 (GBD) (VF)**

          -against-                              **ORDER**

G MISSION INC. et al.,

                            Defendants.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On May 28, 2025, the Clerk's Office entered a Certificate of Default. Plaintiff is directed to file a motion for default judgment by **June 30, 2025**. Defendant's opposition is due **July 14, 2025**. Plaintiff's reply, if any, is due **July 21, 2025**. Defendant is warned that failure to respond will result in the motion for default judgment being decided based solely on Plaintiff's papers.

      **SO ORDERED.**

DATED:    New York, New York
                  June 2, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge