**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------

| | |
|---|---|
| KMS TECH, INC., a New York Corporation, ) | |
| ) | Civ. Case No. 1:20-cv-01041-GBD-VF |
| *Plaintiff*, ) | |
| ) | |
| -v- ) | **NOTICE OF MOTION** |
| ) | |
| G MISSION, INC., A NEW YORK ) | |
| CORPORATION D/B/A KARAOKE CITY; ) | |
| JAKE KWAK, AN INDIVIDUAL; JOHN ) | |
| DOES 1-10 (BEING FICTITIOUS NAME); ) | |
| AND ABC CORPS 1-10, ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

**PLEASE TAKE NOTICE**, that upon the annexed Declaration of Eleni Melekou, Esq., sworn to on June 30, 2025, the exhibit annexed thereto, and the accompanying Memorandum of Law dated June 30, 2025, Plaintiff KMS TECH INC. ("KMS" or the "Plaintiff") through and by its undersigned attorneys, PARDALIS & NOHAVICKA LLP, will move the United States District Court for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, Courtroom 17A, New York, New York 10007 before the Honorable Magistrate Judge Valerie Figueredo for an Order pursuant to Fed. R. Civ. P. 55 (b)(2) and Local Rule 55.29(c) entering a default judgment against Defendants G Mission, Inc. d/b/a Karaoke City ("G Mission") and Jake Kwak ("Kwak") (G Mission and Kwak, collectively, the "Defendants").

**PLEASE TAKE FURTHER NOTICE that,** pursuant to the briefing schedule entered on June 2, 2025 (ECF No. 196)**,** any responsive or opposition papers must be filed on or before July 14, 2025.

Dated: June 30, 2025

                                                  Respectfully submitted,
                                                  **PARDALIS & NOHAVICKA LLP**

By:   /s/ *Eleni Melekou*
         Eleni Melekou, Esq
         950 Third Avenue, 11th Fl
         New York, New York, 10022
         Telephone: 212-213-8511
         Email: Eleni@pnlawyers.com
         *Attorneys for Plaintiff KMS Tech Inc.*

To (Via ECF):

Hon. Valerie Figueredo
United States Magistrate Judge
United States District Court
Southern District Of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1660
New York, NY 10007

Clerk of the Court
United States District Court
Southern District Of New York
500 Pearl Street, Room 1910
New York, NY 10007

To (Via US Mail)

G Mission Inc. d/b/a Karaoke City
22 West 32nd Street, 7th Floor,
New York, NY 10001

James Kwak
22 West 32nd Street, 7th Floor,
New York, NY 10001