UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

KMS TECH, INC.,

                Plaintiff,

    -against-

G MISSION INC. ET AL.,

                Defendants.

------------------------------------x

AMENDED ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

20 Civ. 1041 (GBD) (VF)

GEORGE B. DANIELS, United States District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute: | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | *If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | | Purpose:_____ |
| | | ___ | Habeas Corpus |
| ___ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | _X_ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |

ECF No. 197

Dated: New York, New York
September 3, 2025

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge