**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

KMS TECH, INC., *a New York Corporation*,       :

                Plaintiff,         :

    -against-                       :           ORDER

G MISSION, INC., *a New York Corporation d/b/a*   :
*Karaoke City*; JAKE KWAK; JOHN DOES 1-10, *being* :     20 Civ. 1041 (GBD)
*fictitious name*; and ABC CORPS 1-10,         :

              Defendants.       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

This Court having adopted the Magistrate Judge's recommendation to dismiss Plaintiff's

complaint without prejudice, (*see* ECF No. 206,) the Clerk of the Court is hereby ORDERED to

close the above-captioned action, without prejudice to restoring the action to this Court's calendar

if an amended complaint is filed within thirty (30) days of this Order.

Dated: March 31, 2026
      New York, New York

                          SO ORDERED.

                          *George B. Daniels*
                          GEORGE B. DANIELS
                          United States District Judge