**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
KMS TECH, INC.,

                    Plaintiff,                     **20-CV-01041 (GBD) (VF)**

          -against-                       **ORDER**

G MISSION INC. et al.,

                    Defendants.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

On June 3, 2026, the Clerk's Office entered a Certificate of Default on Plaintiff's

First Amended Complaint. ECF No. 213. Plaintiff is directed to file a motion for default

judgment by **June 25, 2026**, serve it on Defendant, and file proof of service on the docket.

Defendant's opposition is due **July 9, 2026**. Plaintiff's reply, if any, is due **July 23, 2026**.

Defendant is warned that failure to respond will result in the motion for default

judgment being decided based solely on Plaintiff's papers.

      **SO ORDERED.**

DATED:     New York, New York
             June 4, 2026

                                  _____

                                  VALERIE FIGUEREDO
                                  United States Magistrate Judge